IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ELAINE SLAYTON, SPN #030378865, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:22-cv-04431 |
| RYAN NGUYEN, et al., | § § § | |
| *Defendants.* | § | |

## APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS HARRIS COUNTY AND RYAN NGUYEN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule LR 7.7, Defendant DEFENDANTS HARRIS COUNTY and RYAN NGUYEN ("Defendants") submits the following Appendix of Evidence in Support of the Defendants' Motion for Summary Judgment. The following exhibits, and other competent evidence are attached and incorporated by reference to this Appendix:

| | |
|---|---|
| AFFIDAVIT | Affidavit of the Custodian of Records For The Harris County Sheriff's Office signed by Candice Kelley |
| AFFIDAVIT | Affidavit of Ketrick V. McCutcheon |
| AFFIDAVIT | Affidavit of Chris Lee |
| AFFIDAVIT | Affidavit of Ryan Nguyen |
| EXHIBIT A: | Grievance Board and PREA investigation of Plaintiff Claims_redacted [Bates no. HC_0001-HC_0102] |

         Grievance 49117 at Bates HC_0001
         Grievance 49346 at Bates HC_0014
         Grievance 49982 at Bates HC_0030
         Grievance 50358 at Bates HC_0037
         Grievance 50575 at Bates HC_0043
         Grievance 46047 at Bates HC_0074
         Grievance 46320 at Bates HC_0079
         Grievance 47756 at Bates HC_0082

EXHIBIT B:    (2017-12-12) CJC-211-Inmate-Grievance-Policy
[Bates no. HC_0103-HC_0107]

EXHIBIT C:    (2019-11-18) CJC-209-Inmate-Correspondence
[Bates no. HC_0108-HC_0117]

EXHIBIT D:    (2021-04-26) CJC-116-PREA Investigations
[Bates no. HC_0118-HC_0146]

EXHIBIT E:    (2021-06-17) 231-Internal-Investigations Policy
[Bates no. HC_0147-HC_0154]

EXHIBIT F:    Inmate-Handbook-English (4-19-2021)
[Bates no. HC-0155-HC_0232]


Date: February 5, 2024

        Respectfully submitted,

        **CHRISTIAN D. MENEFEE**
        HARRIS COUNTY ATTORNEY

        **JONATHAN G. C. FOMBONNE**
        DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

        **NATALIE G. DELUCA**
        MANAGING COUNSEL,
        DEFENSIVE LITIGATION, EMPLOYMENT, &

REAL ESTATE DIVISIONS

By: */s/ James C. Butt*
JAMES C. BUTT
Sr. Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
VERONICA L. JONES
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24097902
Federal ID No. 3639763
Tel: (713) 274-5181 (direct)
Veronica.Jones@harriscountytx.gov

Harris County Attorney's Office
1019 Congress
Houston, Texas 77002

**Attorneys for Defendants Harris County and Ryan Nguyen**

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon Plaintiff as indicated:

Pro Se Plaintiff
Via regular mail
Kelly Slayton
SPN 03078865
1200 Baker Street
Unit 4A1A
Houston, Texas 77002

*/s/ James C. Butt*
James C. Butt