IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLY ELAINE SLAYTON, § <br> SPN #030378865, § <br> § <br> *Plaintiff,* § <br> § CIVIL ACTION NO. 4:22-04431 <br> v. § <br> § <br> RYAN NGUYEN, et al., § <br> § <br> *Defendants.* § | |

## AFFIDAVIT OF RYAN NGUYEN

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me the undersigned authority on this day personally appeared Ryan Nguyen who, being by me duly sworn, stated:

"My name is Ryan Nguyen. I am over the age of eighteen, am of sound mind, and am in all other ways competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am currently employed as a detention officer of the Harris County Sheriff's Office. I began my in law enforcement and jail management career with Harris County in 2021. I am licensed by the Texas Commission of Law Enforcement as a jailer. Throughout my law enforcement experience I have received training and instruction in as well as studied the Texas Penal Code, departmental policies and the U.S. Constitution, including use of force parameters and constitutional rights.

"Kelly Slayton is an inmate in the Harris County jail. She filed a grievance allegation against me alleging PREA violations and sexual harassment. The grievance was determined to be unfounded. She has filed a federal lawsuit against me, and this affidavit is offered in support of my motion for summary judgment. I deny that I flirted with or sexually harassed Inmate Slayton, showed favoritism to

1

her or in any way threatened her or solicited any sexual act from her. I deny that I addressed her as "baby," and further deny I suggested she appear naked. I never exposed myself to her. I did provide her a pair of disposable gloves when she complained that her cell was unclean and had a bad smell. At that time, there were no cleaning supplies available at the jail. I sprayed cologne on the gloves to address the cell odor she complaint about. I did not provide her the gloves for any other purpose.

"I never violated the constitutional rights of Kelly Slayton. A reasonable detention officer would have conducted himself with respect to Kelly Slayton, just as I did. I do not harbor any malice against Kelly Slayton. "

"Further affiant sayeth naught."

_____
Ryan Nguyen

SUBSCRIBED AND SWORN TO before me on this the 22 day of January 2024.

_____
Notary Public
In and for the State of Texas

My commission expires:



Erica Young
My Commission Expires
07/07/2024
ID No 130729443

2