# EXHIBIT A

# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

| | | | | |
|---|---|---|---|---|
| **To:** | CAPTAIN J. WAGNER | | | |
| | PREA | | | |
| **From:** | Inmate Grievance Board | | **Date Received** | 2/24/2023 |
| **Re:** | Inmate: SLAYTON    KELLY | | **Date Due** | 3/10/202 3 |
| | SPN#   3078865 | | | |

## Ref:   GRIEVANCE #   49117

Superion Case#- HC-2303-02131

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU AND THE INMATE MUST sign and date the form.  It is imperative that this form be returned to the Board within ****FOURTEEN DAYS (14) ****of receipt.

### I have investigated this grievance and determined it to be:(Check One)

✓ Unfounded        ___Founded/Resolved        ___Founded/Unresolved        ___ATW/TDC

___OIG/IAD or Bureau Investigation

Grievance 49117 was closed and deemed, UNFOUNDED for PREA Violations.
Grievance 49117 was deemed UNFOUNDED for Grievance purposes.

February 28, 2023- PREA Investigators spoke with Inmate, Kelly Slayton, DOB ▓▓▓ SPN #2078865 regarding a staff member flirting with Inmate, Josefina DeAnda, DOB ▓▓▓ SPN #03058226.

Inmate Slayton alleged on February 20, 2023, at approximately 1430 hours she observed a staff member flirting with Inmate DeAnda by telling the inmate he was single.

February 28, 2023- PREA Investigators spoke with Inmate DeAnda who denied Inmate Slayton's allegations.

March 6, 2023- PREA Investigators spoke with the mentioned staff member who stated he did not have an inappropriate conversation with Inmate DeAnda. The staff member stated Inmate DeAnda asked him if he was single and he replied by telling her he was married.

The PREA Unit reviewed video footage and was unable to prove if any inappropriate comments were made due to there being no audio, which deemed the PREA case, UNFOUNDED for PREA Violations

Note- The video displayed the officer's goal was to conduct rounds and not to hold a conversation with the inmate in question.

Grievance Receipt Delivered on  Date: _____ 3/9/2023

To Inmate          KELLY    SLAYTON          SPN#    3078865

My signature below indicates I have been advised as to the determination of this issue.

| | | |
|---|---|---|
| **Inmate's Signature:** _signature_ | **Inmate's printed name:** Kelly Slayton | **Date:** 02/28/2023 |
| **Supervisor's Signature:** _Katrina Camacho_ (DocuSigned by: BF9A1C9A8585433...) | **Supervisor's printed name:** Katrina Camacho | **Date:** __/__/__ |
| **Approved by:** _____ | **Print:** _____ | **Date:** __/__/__ |
| Division Commander / Designee | | |

HC_0001

| | 1    'ORTING OFFICER NARRATIVE | | OCA |
|---|---|---|---|
| *Harris County Sheriff's Office* | | | *2303-02131* |
| Victim | Offense | | Date / Time Reported |
| *DEANDA, JOSEFINA* | *SUSPICIOUS ACTIVITY* | | *Mon 03/06/2023 00:00* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Deputy Investigator P. Small
Unit #11113
Harris County Sheriff's Office PREA Unit
701 N. San Jacinto
Houston, Texas 77002

SCENE SUMMARY:
-----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

INTRODUCTION:
-----------------------------

On February 24, 2023, the PREA unit received Grievance #49117 which consisted of a written Grievance. The Grievance was from Inmate Kelly Slayton, DOB ███████, SPN #03078865.I was assigned as the Lead Investigator for this case.

GRIEVANT:
------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4N1. This cellblock is used to house general population female inmates with maximum security.

Inmate Slayton is incarcerated for murder.

ALLEGATION:
--------------------

It is alleged by Inmate Kelly Slayton on the date of February 20, 2023 at approximately 1430 hours, Detention Officer Valdepena flirted with Inmate Josefina DeAnda, DOB ███████, SPN #03058226. It was alleged that due to him flirting, he refused to acquire medical help for Inmate Krystal Gould, DOB ███████, SPN #02630665, who was in pain.
Inmate Gould is ATW as of March 2, 2023.

FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:
----------------------------------------------------------------------------------

On February 28, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated on the date of February 20, 2023 at approximately 1430 hours she observed an unidentified Hispanic male Detention Officer flirting with a female inmate. She stated she believed the female inmates name was Josephine.

HC_0002

DocuSign Envelope ID: AA9C9DFF-77C4-4144-A144-6A6CF12406EF

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Inmate Slayton stated the Detention Officer was assigned to be a rover. She stated when he went into 4N1 pod to conduct rounds, she advised him that Inmate Gloud was suffering from a broken foot and needed to be seen by medical. She stated the Detention Officer ignored her request and began to flirt with Inmate Josephine by telling her he was single.

Inmate Slayton stated it was very unprofessional for the Detention Officer to tell an inmate he was single.

Inmate Slayton described the Detention Officer to be of a Hispanic race, short, heavy set, and wearing glasses.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

CAMERA FOOTAGE DETAILS:
-----------------------------------

On the date of March 1, 2023, I reviewed camera footage for the date of February 20, 2023 at 1430 hours. I reviewed the footage for 1200 Jail 4th floor POD N1A. I observed an unidentified Hispanic male Detention Officer enter the pod. The Detention Officer matched the description provided by Inmate Slayton. The Detention Officer walked through the pod and conducted his rounds. I observed Inmate Slayton pointing and talking to the Detention Officer. I also observed another female inmate talking to the Detention Officer as he walked through conducting his rounds. The Detention Officer did not stop and engage in a conversation. The Detention Officer then exited the pod. After reviewing video I contacted PREA Manager K. Camacho to provide a roster for the date of February 20, 2023.

I reviewed the roster and learned Detention Officer Valdepena was a rover. I used SIRS to pull up a photo of Detention Officer Valdepena. The photo matched the description of the male seen in the video.

I logged into OMS and pulled the roster for inmates housed in 4N1A. I located an in by the name of Josefina DeAnda, SPN #03058226.
I looked Inmate DeAnda up in OMS by her SPN number where I viewed her Afis photo.

Inmate DeAnda matched the description of the female observed talking to Detention Officer Valdepena in the video footage.

FACE TO FACE INTERVIEW WITH INMATE JOSEFINA DEANDA SPN #03058226:
-----------------------------------------------------------------------

On March 2, 2023, I, Investigator P. Small interviewed Inmate DeAnda in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate DeAnda was identified by her Harris County armband. I advised Inmate DeAnda my reason for interviewing. Inmate DeAnda appeared to be confused. DeAnda stated Detention Officer Valdepena had never flirted with her or has never had any inappropriate conversations with her.

I asked Inmate DeAnda if Detention Officer Valdepena told her that he was single. She stated no.

I ended the interview and escorted Inmate DeAnda back to her housing assignment.

FACE TO FACE INTERVIEW WITH DETENTION OFFICER VALDEPENA
-----------------------------------------------------------------------

Reporting Officer: SMALL, P. R.
R_CS3NC
HCSO-MDET-II09 # Patrice.Small 03/07/2023 11:33
Draft Only
Page 5
HC_0003

## REPORTING OFFICER NARRATIVE

| Harris County Sheriff's Office | | OCA 2303-02131 |
|---|---|---|
| Victim DEANDA, JOSEFINA | Offense SUSPICIOUS ACTIVITY | Date / Time Reported Mon 03/06/2023 00:00 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On the date of March 6, 2023 I, Deputy Interviewed Detention Officer Valdepena, who was identified by Harris County EIN⬛⬛⬛⬛, in the PREA Office located at 701 N. San Jacinto #S224.

The following is a synopsis of his statement which may not be in sequence as stated:

Detention Officer Valdepena was shown an Afis photo of Inmate Slayton. I asked him was he familiar with Inmate Slayton and he stated yes. I asked him if he had any problems with Inmate Slayton. Detention Officer Valdepena explained that Inmate Slayton waw upset with him because he was unable to take another inmate to the clinic due to being short staffed.

Detention Officer Valdepena was shown an Afis photo of Inmate DeAnda. I asked him was he familiar with Inmate DeAnda and he stated yes. I asked him if he had any problems with Inmate DeAnda. He stated no. I asked him if he had an inappropriate conversation with Inmate DeAnda. He stated no. I asked him if he told inmate DeAnda that he was single. He stated no.

Detention Officer Valdepena explained that on the date of February 20, 2023, he was working overtime on the 4th floor. He stated he walked in 4N1 to conduct rounds. He stated Inmate Slayton told him that another female inmate needed to go to the clinic because her foot was hurt. He stated he told Inmate Slayton he would take the female to the clinic after he completed his rounds. He stated on his way out, Inmate DeAnda asked him if he was single. He stated he replied by telling Inmate DeAnda that he was married. He advised he finished his rounds and exited the pod.

I ended the interview.

CASE CONCLUSION:

---------------------------

After interviewing the parties involved and reviewing video, the PREA unit has come to a conclusion the Grievance will be closed and deemed, UNFOUNDED.

an unfounded allegation means an allegation that was investigated and determined not to have occurred.

End of report.

Reporting Officer: SMALL, P. R.
R_CS3NC
HCSO-MDET-II09 # Patrice.Small 03/07/2023 11:33
Draft Only
Page 6
HC_0004

DocuSign Envelope ID: AA9C9DFF-77C4-4144-A144-6A6CF12406EF

49117                    Monday, Feb. 20, 2023

Received
FEB 24 2023
Grievance

To Whom it May Concern:

Today around 2:30 P.M we had
a male hispanic Pod Deputy refusing
to help get medical Cure for
inmate @ Gould in K cell of 4N1 Pod.
I was in her Cell with her when
she broke out in tears of pain. Her
foot was broken in this jail Feb. 16, 2023
She has been given one Ibuprophen
on the cart not KOP (keep on person)
like some have. She hasn't Been given
surgery, a boot, nor permanent cast.
I witnessed for the past 3 days
Pod Deputies say they'll ask the
Sergeant or have a River take her
down to Chronic care. Around 2:20, 2:2
TODAY the hispanic male D.C. in our
picket said he'd come by and help
during his river "rounds". On camera
he flirted with inmate in A cell. He
refused to help inmate in K cell. I
even pointed when he said "who and
"where?" She yelled at him to help. He
told ME "Hold on I'll help her after
I do rounds upstairs." Then came
downstairs & deliberately bypassed her →

DocuSign Envelope ID: AA9C9DFF-77C4-4144-A144-6A6CF12406EF

Code: A16 PREA (Mar.)    Feb. 20, 2023

Compl: 49117

RECEIVED FEB 24 2023 Grievance

TO Whom it May Concern:

The male hispanic Pod Deputy refused to supply his name nor allow us to speak to the Sergeant on duty. He didn't alert medical. Medical has ignored Four of us total who are weeks past due for surgery! Or pain reliever or needed medical accommodations.

That same Male D.O. said "Fisher is supposed to be in K-Cell and Gould in I-Cell." I replied "Yeah, And Gould is on crutches & handicap and cannot go up two flights of stairs So, SERGEANT moved her downstairs because she has a bottom bunk pass."

That same male makes me feel uncomfortable because he was verbally aggressive yelling, swearing profanity at me, and slandering me and using Defamation of character on top of flirting openly sexually with female inmates telling them he is single. I fear for my well being and safety. He is sexually and verbally inappropriate and unprofessional. I don't know how he will react, retaliate, or continue such actions

HC_0006



**SHERIFF ED ONZALEZ**

**HCSO**
**SHERIFF'S OFFICE** 1200 Baker Street, Houston, Texas 77002 ★ (713) 755-6044 ★ www.sheriff.hctx.net

March 6, 2023

March 6, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas 77002

Re: __NOTICE OF PREA INVESTIGATION RESULTS__

__Inmate Kelly Slayton:__

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on February 28, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation, __Case #2303-02131 on 03/1062023 is being forwarded closed and deemed, UNFOUNDED.__

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

## RESULTS OF PREA INVESTIGATION

**Complainant:**            Kelly Slayton
**Location:**               1200 Baker Street
**Other Inmate(s) Involved:** Josefina DeAnda

1.  **Charge: None**

2.  **Statement of nature of incident/problem:** Inmate Slayton alleged a male staff member was making inappropriate comments to a female inmate.

3.  **Summary of findings:** After interviewing the parties involved and reviewing video footage I did not observe any PREA violations.

4.  **Disciplinary/corrective action:** This case was closed and deemed, UNFOUNDED.

Received Copy    _Refused to Sign_
                 (Kelly Slayton)

_____
(03/06/2023)

2

HC_0008



## HARRIS COUNTY
# HC SO
**SHERIFF'S OFFICE**

**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## HARRIS COUNTY SHERIFF'S OFFICE
## EMPLOYEE Sworn Statement

# Voluntary Statement

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **PREA Case #2303-02131** |
| **COUNTY OF HARRIS** | § | |

**3. Duty to Give Statements: During the course of any official investigation, an employee shall, if requested or ordered to do so, immediately give a full, complete, and truthful statement. Failure to comply may result in disciplinary action, including up to termination.**

Before me, the undersigned authority in and for the State of Texas on this, the 6 day of March, 2023 at the 701 N San Jacinto Street at 0730, personally appeared Tyler Frazier, who, after being duly sworn, deposes and says:

My name is Roberto Valdepena. I am employed with the Harris County Sheriff's Office as a Detention Officer. My personnel information is on file with the Human Resources Bureau of the Harris County Sheriff's Office.

I have been informed that under the Penal Code of the State of Texas, Section 37.02: A person commits the offense of "Perjury" if, with the intent to deceive and with the knowledge of a statement's meaning, makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath.

I understand my cooperation in this investigation is completely voluntary and I am in no way being compelled to submit a *sworn* statement.

During the interview Detention Officer Valdepena stated on the date of the allegation he worked over time on the fourth floor. He stated he entered 4N1 to conduct rounds. He stated while inside, an inmate asked him if he was single. He stated he replied to the inmate and told her he was married. He stated at no time did he flirt or have an improper conversation with any inmate.

I, Roberto Valdepena, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written statement consisting of 1 page(s); That I have been given an opportunity to make any necessary corrections to this statement and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written statement are true and correct.

_____          159830
Robert Valdepena                              159830

Date: 3-6-23

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

Page 1 of 3

HC_0009



TO: Roberto Valdepeña

SUBJECT:   **Order Not to Engage in Discussion and Communications**
**Regarding On-Going PREA Investigation**
**PREA Case #2303-02131**

Effective immediately, you are hereby ordered not to engage in any unauthorized conversations and/or relating to the aforementioned PREA investigation with anyone other than an authorized representative of the Harris County Sheriff's office, PREA Unit. Furthermore, if you are approached or questioned by anyone regarding this investigation, or the information you provided by the PREA Unit, you are hereby ordered to contact the below named PREA Investigator immediately in order to identify the person(s) making inquiries. Your compliance with the order is paramount to the accurate reporting and timely completion of the investigation being conducted.

**You are further cautioned your failure to comply with this order could be grounds for immediate discipline action, up to and including termination of your employment with the Harris County Sheriff's Office or removal from the Harris County Sheriff's office premises if contracted through another agency.**

_PSmall_

PREA Unit, Investigator

**By my signature and date below, I acknowledge receipt of this order.**

_1.√_                              3/6/2023

Employee/Company                   Date

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

Page 2 of 2

HC_0010

 **Sheriff's Information Resource System**



Roberto Valdepena

## Status

| | |
|---|---|
| Employee ID: | |
| Person Class: | Employee |
| Employment Type: | Full Time |
| Category: | Certified Jailer |
| Status: | Active |

Person Dashboard

Payroll Information

## Assignment

| | |
|---|---|
| Command: | Detentions |
| Bureau: | 1200 Justice Housing |
| Division: | 1200 Housing |
| Section: | Day Watch |
| Unit: | 3rd Floor |
| Shift: | 1st Shift |
| Days Off: | |

## Rank

| | |
|---|---|
| Current Rank: | Detention Officer |
| PCN: | |
| Badge NO: | |
| SIRS ID: | |

Person  Assignment  IDNumber  Contact Info  Education  Certification  Employment  Equipment  Status  Rank  Performance  Training

| | | | | | | |
|---|---|---|---|---|---|---|
| First Name: | Roberto | Race: | Hispanic | Birth Date: | |
| Middle Name: | Carlos | Gender: | Male | Blood Type: | |
| Last Name: | Valdepena | Eye Color: | | Date of Hire: | 11-22-2021 |









**OMS** Offender Management System

File Inmate Non-Inmate Tools

| | | | | | |
|---|---|---|---|---|---|
| Name | DE ANDA JOSEFINA | Release | | Housing | JA09 - 4 N 1 01A |
| D O B | [redacted] | Adm Type | | Location | JA09-4-N-1 |
| Sex-Race | Female White | Booking # | 004684146 | SO # | 2201559 |
| Bkg Date | 01/26/2023 | | | SPN | 03058226 |

Sp Mgmt: 99
Classif: MAXIMUM
Sentence Status: Not Sentenced
Detainers on File: 0

- Booking
- Housing

Booking | Alert

**Personal Information**

| Last Name | First Name | Middle Name |
|---|---|---|
| DE ANDA | JOSEFINA | |

Birth Date: [redacted] CurrentAge: 24 Death Date:
Sex: Female Age at Booking: 24
Race: White Ethnicity: Hispanic Nationality:
Cultural Influence: Marital: Single

**Booking Information**

Admission Type: 00/00/0000
Admission Document Type:
County Code:
Committed By:
Transporting Agency: HOUSTONPOLICEDEPARTMENT
Transporting OfficerID: 10289
Transporting Unit #: 14D33N
Transporting Contact Phone: (713) 992-3521
Arrested By: HOUSTON POLICE DEPARTMENT
Wanted:

**DNA**

DNA Taken: Yes Date Taken: 01/27/2023 DNA Officer ID: JEFFERSON, JEVIELLIA

**Information Verification**

Name Type: Source for Name:
Source for DOB: Source for SS#:

Bookin
Off
Inmate
NCIC
Worker
Unwilling To Work: ☐

| Date | Author | Note |
|---|---|---|
| 02/23/2023 05 43 | STANLEY CASTILL | WRONG PRISONER DISREGARD |
| 02/23/2023 05 42 | STANLEY CASTILL | PRISONER IS IN BOOKING HLD 5 (COMBATIVE) WAITING FOR (MED EXAM) |
| 01/26/2023 07 38 | JTHIBODEAUX | CCQ ATTACH TO PAPERWORK NO MENTAL HEALTH |

OMS Offender Management System

File Inmate Non-Inmate Tools

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | GOULD, KRYSTAL | Release | 03/02/2023 | Housing | MAIN | Sentence Status | Not Sentenced |
| DOB | [redacted] | Adm Type | | Location | | Detainers on File | 0 |
| Sex-Race | Female White | Booking # | 004685870 | SO # | 1961530 | Sp Mgmt | 99 |
| Bkg Date | 01/31/2023 | | | SPN | 02630665 | Classif | MAXIMUM |

Booking | Alert

▸ Booking
Housing

**Personal Information**

| | | | | | |
|---|---|---|---|---|---|
| Last Name | GOULD | First Name | KRYSTAL | Middle Name | |
| Birth Date | [redacted] | Current Age | 38 | Death Date | |
| Sex | Female | Age at Booking | 38 | | |
| Race | White | Ethnicity | Unknown | Nationality | |
| Cultural Influence | | Marital | Single | | |

**Booking Verification**

Shift: 2 Book Date: 01/31/2023 15:17
Officer ID: ARRAZOLA,MARILYN
Original Book Date: 01/31/2023 15:17

**Booking Information**

| | |
|---|---|
| Admission Type | 00/00/0000 |
| Admission Document Type | |
| County Code | |
| Committed By | |
| Transporting Agency | HUMBLE POLICE DEPARTMENT |
| Transporting OfficerID | 153 |
| Transporting Unit # | |
| Transporting Contact Phone | (281) 446-7127 |
| Arrested By | HUMBLEPOLICEDEPARTMENT |
| Wanted | |

**Inmate ID Numbers**

| | |
|---|---|
| Booking # | 004685870 |
| Permanent ID# | 00232128 |
| Social Security# | [redacted] |
| State ID | TX50621122 |
| SO # | 1961530 |
| FBI # | [redacted] |
| TD Number | 87160 |
| ICE# | |
| SPN | 02630665 |
| JIMS Booking # | 004685870 |
| Property# | |
| AFIS# | J1122 0131660 |
| AdditionalID # | |

**DNA**

DNA Taken: Yes Date Taken: 02/01/2023 DNA Officer ID: STEWART, LEONN

**NCIC Check**

Check Done: Result:

**Information Verification**

Name Type: Source for Name:
Source of DOB: Source for SS#:

**Worker Information**

Unwilling To Work ☐

ATW 3/2/23

| Date | Author | Note |
|---|---|---|
| 02/01/2023 01:50 | LEON STEWART | DNA collected |
| 01/31/2023 15:24 | CLARICSSA BRUM | CCQ is attached to commitment documents. CCQ reflects a no hit. MHSF reflects a |

Powered by Cybertron



DocuSign Envelope ID: 32368E02-6983-4A8C-BDEF-18C705A8BB56

GRIEVANCE RESOLUTION FORM
INMATE GRIEVANCE BOARD
1200

P REA


RECEIVED
MAR 13 2023
Inmate Services Division

**To:** CAPTAIN J. WAGNER
PREA
**From:** Inmate Grievance Board
**Re:** Inmate: SLAYTON     KELLY
SPN# 3078865

Date Received     3/10/2023
Date Due     3/24/2023

**Ref: GRIEVANCE # 49346**

Superion Case # HC-2303-02131

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, **BOTH YOU AND THE INMATE MUST** sign and date the form. It is imperative that this form be returned to the Board within ****FOURTEEN DAYS (14) ****of receipt.

I have investigated this grievance and determined it to be:(Check One)

✓ Unfounded     ___ Founded/Resolved     ___ Founded/Unresolved     ___ ATW/TDC

___ OIG/IAD or Bureau Investigation

Grievance 49346 was deemed UNFOUNDED for Grievance purposes.

March 21, 2023- PREA Investigators spoke with Inmate, Kelly Slayton, DOB ████, SPN #2078865 regarding a staff member conducting an illegal strip search.

Inmate Slayton alleged on the date of June 12, 2022, she was illegally strip searched by a staff member after a non-contact attorney's visit. She stated there were male inmates present during the strip search.

March 22, 2023- PREA Investigators spoke with the staff member who advised she recalled the incident. The staff member stated a strip search was conducted on Inmate Slayton due to another staff member hearing Inmate Slayton's attorney make a comment about Inmate Slayton hiding things on her person. The staff member advised there were no males present during the strip search as the strip search was conducted in the fourth floor elevator holding cell.

The PREA Unit was unable to review video footage do to the allegation occurring approximately nine months ago.

This Grievance was closed and deemed, UNSUBSTANTIATED for PREA Violations.

Grievance Receipt Delivered on: Date: Refused
To Inmate     KELLY     SLAYTON     SPN# 3078865

Witness. KeM

My signature below indicates I have been advised as to the determination of this issue.

Inmate's Signature: Refused to Sign     Inmate's printed name: Kelly Slayton     Date: 3/23/2023

Supervisor's Signature: Katrina Camacho     Supervisor's printed name: Katrina Camacho     Date: 3/23/2023

Approved by: Captain J. Wagner     Print: Captain J. Wagner     Date: 4/14/2023
Division Commander / Designee

HC_0014

Kelly Smythin    Wednesday, March 8,
SPN#03078865  National Women's Day
                                    (5/6)

Attn- Internal Affairs!
I have talked to PREA, Sergeant
Leutenants / Mental health about
P. Spells my B-Team night sh
Pod Deputy who sexually did a
Strip search 06-12-2022 without
a cause, without a Sergeant, after
noncontact attorney visit, One day
after I was racially and Brutally
assaulted and almost beaten to death
in my sleep and threatened to be
murdered by J. Lawrence who has
made Outlandish hate Speeches
and character defamation and sl.
towards me Since. I was taken
disciplinary Court One Sometime I
alleged "threatening case". On camera
I pled not guilty, battered black
blue, purple, green from literally to
to toe. Never taken to Medical +
had Disciplinary action WAIVED. Whe
I went to Court June 22 I belie
it was, Sheriff's disputes pointed ch
my bruising, bloody scabs, I had
concussion still out of it and told th
then refused me medical. Threatenin

Code: A110 PREA
Compl. #9346

Received
MAR 10 2023
Grievance

DocuSign Envelope ID: 32368E02-6983-4A8C-BDEF-18C705A8BB56

Kelly Slayton
SPN#02307865

Wednesday, March 8, 20
(1/6) Re: Appeal
Admin. Se.

Attn: Internal Affairs

49346

This is a Continuance of supporting FACTS for Grievance #48678 Submitted 01/25/2023, receipt received 03/07, Appealed on 03/08/2023. Sergeant T. Coleman read off yet again another "Unfounded" grievance not investigated at all. I was informed that a V. Jimenez allegedly led the investigation, wrote the report response, and concluded somewhere along the lines of myself allegedly n grieving nor writing Law Library to requ an HCSO HI PPA Violation Complaint form. The evidence I'm about to include isn't limited to just what is written, because I also wrote Chaplaincy as referred to from Medical. However, yesterday everyone was needing the one Kiosk we have for Pod to order Commissary, the Computer ... and almost crashed as I was attempting to retrieve requests and write the dat down. Over the weekend a male Sergeant Called me out of my single cell before breakfast, I was half naked, wrapped my blanket around me, lights off, and he blasted me with ... and told me

Received
MAR 10 2023
Grievance

DocuSign Envelope ID: 32368E02-6983-4A8C-BDEF-18C705A8BB56

/SP. #03078. 865          (VCC COI y, march 5, ..

FWD to Texas Jail Project EINES - 261

(3/6)

A titr: Internal Affairs

Grievances I placed about HIPPA
Violation forms I need: (Not limited to

Date(s): 1-2-27-2022          ref.# 22-1803731
01-05-2023          ref.# 23-1819934
01-08-2023          ref.# 23-1825861
01-14-2023          ref.# 23-1837567

493346

Medical Requests I placed about HIP,
Violation forms I need: (list limited to)

Date(s): 02/12/2023          ref.# 23-1892012
02/16/2023          ref.# 23-1899350
02/08/2023          ref.# 23-1884561
01/24/2023          ref.# 23-1856430
01/12/2023          ref.# 23-1838378
01/10/2023          ref.# 23-1830164
01/09/2023          ref.# 23-1822774

Law Library Requests I placed about
HIPPA Violation forms I need:
(But Not limited to)

Date(s): 01-09-2023          ref.# 23-1827752
02-08-2023          ref.# (not written
today's date)

Shift Supervisor Requests I placed about
HIPPA Violation forms Needed: (Not limited

Date(s): 01-17-2023          ref.# 23-1842676
01-20-2023          ref # 231846908

Received MAR 10 2023    Grievance

HC_0017

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Harris County Sheriff's Office | | 2303-02131 |
| Victim | Offense | Date / Time Reported |
| SLAYTON, KELLY | HARASSMENT | Mon 03/06/2023 09:47 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Deputy Investigator P. Small
Unit #11113
Harris County Sheriff's Office PREA Unit
701 N. San Jacinto
Houston, Texas 77002

███████████████████

## SCENE SUMMARY:
-----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

## INTRODUCTION:
-----------------------------

On March 13, 2023, the PREA unit received Grievance #49346 which consisted of a written Grievance. The Grievance was from Inmate Kelly Slayton, DOB ██████, SPN #03078865. I was assigned as the Lead Investigator for this case.

## GRIEVANT:
--------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4N1. This cellblock is used to house general population female inmates with medium security.

Inmate Slayton is incarcerated for murder.

## ALLEGATION:
---------------------

It is alleged by Inmate Kelly Slayton on the date of June 12, 2022 during an unknown time frame, Detention Officer B. Spells conducted an illegal strip search.

## FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:
----------------------------------------------------------------------------------

On March 21, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated on the date of June 12, 2022 she was called out of her pod for a no contact attorney visit. She stated after her visit, she was strip searched by Detention Officer Spells. She advised the strip search was unsupervised and there were multiple people in the hallway during the time of the strip search. Inmate Slayton stated the strip search was painful due to it being conducted one day after she was brutally assaulted by multiple inmates.

HC_0018

## ~~REPORTING OFFICER NARRATIV~~

| Harris County Sheriff's Office | | OCA 2303-02131 |
|---|---|---|
| Victim SLAYTON, KELLY | Offense HARASSMENT | Date / Time Reported Mon 03/06/2023 09:47 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Inmate Slayton stated she has been constantly retaliated against by Detention Officer Spell. She advised anytime Detention Officer Spells works her pod she uses vulgar language towards all the inmates.

Inmate Slayton stated she does not feel safe around Detention Officer Spells.

Inmate Slayton made an outcry of being sexually assaulted on an unknown date in September of 2021. The allegation is being investigated under HCSO case #2303-08551.

Inmate Slayton requested to speak with a counselor.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

PHONE INTERVIEW WITH DETENTION OFFICER BRITTANY SPELLS:

-----------------------------------------------------------------------------------

On March 22, 2023, I, Investigator P. Small interviewed Detention Officer Spells via telephone who was identified by Harris County EIN # ████.

I asked her Detention Officer Spells if she was familiar with Inmate Kelly Slayton and she stated yes. She stated Inmate Slayton was housed in 4N1 where she normally works. I asked her if she recalled an incident where she strip searched Inmate Slayton after an attorney visit on June 12, 2021. Detention Officer Spells stated since the allegation occurred several months ago she was not sure. I advised Detention Officer Spells of the allegation made by Inmate Slayton. Detention Officer Spells stated she did recall the incident and advised she notified the on duty Sergeant that she would be conducting a strip search on Inmate Slayton due to a comment made by her attorney. Detention Officer Spells stated another Detention Officer overheard Inmate Slayton's laywer tell Slayton she was hiding alot of things on her which prompted her to conduct a strip search. She advised the strip search was conducted on the fourth floor Elevator Lobby Holding Cell.

Detention Officer Spells advised there were males housed on the fourth floor during the time frame of the allegation. She also explained she had never strip searched any female inmates in front of male inmates.

Detention Officer Spells stated Inmate Slayton files Grievances anytime she doesn't get her way and was retaliating against her for following HCSO policy.

CAMERA FOOTAGE DETAILS:

----------------------------------------

I was unable to review camera footage due to the allegation occurring approximately nine months ago.

CASE CONCLUSION:

-------------------------------

At this time, the PREA unit has come to a conclusion the Grievance will be closed and deemed, UNSUBSTASIATED.

Unsubstantiated allegation means an allegation that was investigated and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred.

Draft Only

HC_0019

DocuSign Envelope ID: 32368E02-6983-4A8C-BDEF-18C705A8BB56

| Harris County Sheriff's Office | | OCA |
|---|---|---|
| | | 2303-02131 |
| Victim | Offense | Date / Time Reported |
| SLAYTON, KELLY | HARASSMENT | Mon 03/06/2023 09:47 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

End of report.

DocuSign Envelope ID: 32368E02-6983-4A8C-BDEF-18C705A8BB56

On March 22, 2023 I, Detention Officer B. Spells (EIN███████ was contacted via phone by Deputy P. Small whom is an investigator for the PREA Unit.

At approximately 1500 hours, Deputy Small conducted a phone interview in regards to allegations that were made against me. Deputy Small asked if I was familiar with Inmate Slayton. I informed Deputy Small that I am aware of who Inmate Slayton is. Deputy Small also asked if I recalled an incident where I stripped search Inmate Slayton after her attorney visit on an unknown date in June of 2022. I informed Deputy Small that I cannot recall the incident at the time but I am not saying an event did not occur where Inmate Slayton was stripped search. I do know that if Inmate Slayton was stripped search, it was not in front of male inmates and a supervisor was notified prior to Inmate Slayton being searched. During June of 2022, we did have male inmates housed on the 4th floor. All male inmates had to be escorted when leaving off of or being housed on the floor. Also, anytime that a male inmate was brought to the floor or leaving, we had to freeze the floor for all female inmate movement.

Dating back, I do recall an incident where an Officer was walking in the secure side of the 4th Floor Control Center (FCC) vestibule where they heard an attorney who was having a visit with an inmate state something along the lines of, "Oh, you are hiding all kind of things on you, huh?" Lieutenant A. Gleason who was the Floor Supervisor on shift at the time was notified. The Inmate who was having the attorney visit was identified as Slayton, Kelly. Inmate Slayton was stripped search in the 4th Floor Elevator Lobby Holding Cell (where there are cameras installed) for contraband. I am unaware of the other female Officer(s) that were present during this time.

Inmate Slayton has been assigned to 4N1 since November/December and I have been the Officer assigned to the Pod Control Center (PCC) majority of the days that I am scheduled to work. Inmate Slayton have written numerous of grievances on me when I am following what is stated in HCSO Policy and the Inmate Handbook.

**HC** **S** **O**    SHERIFF  E  D  J  **DALEZ**

S H E R I F F' S    O F F I C E    1200 Baker Street, Houston, Texas 77002  ★  (713) 755-6044  ★  www.sheriff.hctx.net

March 22, 2023

March 22, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas  77002

Re:    **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton SPN #03078865**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on March 13, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation, **Case #2303-02131, on 03/23/2023 is UNSUBSTANTIATED.**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

**RESULTS OF PREA INVESTIGATION**

| | |
|---|---|
| **Complainant:** | Inmate Kelly Slayton |
| **Location:** | 1200 Baker Street |
| **Other Inmate(s) Involved:** | N/A |

1. **Charge: None**

2. **Statement of nature of incident/problem:** Inmate Slayton alleged she was illegally strip searched by a staff member on June 12, 2022.

3. **Summary of findings:** While investigating this case I spoke with the alleged staff member who advised she did recall the incident. The staff member advised the strip search was conducted due to another staff member overhearing Inmate Slayton's lawyer make a comment about Inmate Slayton hiding a lot of things on her. The staff member advised the strip search was not conducted in front of male inmates. She advised the search was conducted in the fourth floor elevator lobby holding cell.

   I was unable to review video footage due to the allegation occurring several months ago.

4. **Disciplinary/corrective action:** N/A

Received Copy ___Refused to sign___
(Kelly Slayton)

_____
(3-23-22)

HC_0023

## PORTING OFFICER NARRATIV

| OCA |
| --- |
| *2303-08551* |

*Harris County Sheriff's Office*

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| | *ONGOING INVESTIGATION* | *Wed 03/22/2023 13:21* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Deputy Investigator P. Small
Unit #11113
Harris County Sheriff's Office PREA Unit
701 N. San Jacinto
Houston, Texas 77002

███████████████████

## SCENE SUMMARY:
----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

## INTRODUCTION:
----------------------------

On March 13, 2023, the PREA unit conducted an interview with Inmate Kelly Slayton, DOB ██████, SPN #03078865. The interview was for an unrelated incident. During the interview, Inmate Slayton made a Sexual Assault outcry. I was assigned as the Lead Investigator for this case.

## GRIEVANT:
-------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4 N1. This cellblock is used to house general population female inmates with medium security.

Inmate Slayton is incarcerated for murder.

## ALLEGATION:
---------------------

It is alleged by Inmate Kelly Slayton on an unknown date in September 2021, she was sexually assaulted by Inmate Felicity Wilson, SPN #03063865, DOB 12/04/02.

Inmate Wilson is ATW as of 12/24/21.

## FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:
-------------------------------------------------------------------------------------------

On March 21, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated on an unknown date in September of 2021 she was sexually assaulted by Inmate Wilson.

Inmate Slayton stated she was lying on her back when Inmate Wilson got on top of her, pulled her pants down, and

Reporting Officer: *SMALL, P.R.*
R_CS3NC

701-PREA # Patrice.small 3/22/2023 18:05

Draft Only

Page 3

HC_0024

# EPORTING OFFICER NARRATIV

Harris County Sheriff's Office

| | | OCA |
|---|---|---|
| | | 2303-08551 |
| Victim | Offense | Date / Time Reported |
| | ONGOING INVESTIGATION | Wed 03/22/2023 13:21 |

THE INFORMATION BELOW IS CONFIDENTIAL -FOR USE BY AUTHORIZED PERSONNEL ONLY

began to perform oral sex on her.

Inmate Slayton stated she told Inmate Wilson to stop and she refused to do so.
Inmate Slayton stated she was not penetrated during the assault.

Inmate Slayton stated she did not report the incident due to a fear of being jumped by inmates.
Inmate Slayton stated Inmate Wilson had sexually assaulted multiple inmates within the Harris County Jail.

Inmate Slayton requested to speak with a counselor.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

CAMERA FOOTAGE DETAILS:
----------------------------------------
I was unable to review camera footage due to the allegation occurring over one year ago.

CASE CONCLUSION:
----------------------------------------
At this time, the PREA unit has come to a conclusion the Grievance will be closed and deemed,
UNSUBSTASIATED.

Unsubstantiated allegation means an allegation that was investigated and the investigation
produced insufficient evidence to make a final determination as to whether or not the event
occurred.

End of report.

HC_0025



March 22, 2023

March 22, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas  77002

Re:   **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton SPN #03078865**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on March 21, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation, **Case #2303-08551,on 03/23/2023** is **UNSUBSTANTIATED**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

HC_0026

## RESULTS OF PREA INVESTIGATION

**Complainant:** Inmate Kelly Slayton
**Location:** 1200 Baker Street
**Other Inmate(s) Involved:** Felicity Wilson

1.  **Charge: None**

2.  **Statement of nature of incident/problem:** Inmate Slayton alleged she was sexually assaulted by Inmate Wilson on an unknown date in September of 2021.

3.  **Summary of findings:** I was unable to interview Inmate Wilson due to her being ATW as of 12/24/21.

    I was unable to review video footage due to the allegation occurring over one year ago.

4.  **Disciplinary/corrective action:** N/A

Received Copy ___Refused to sign___
(Kelly Slayton)

___(3-23-22)___

2

HC_0027



OMS  OffenderManagementSystem

File  Inmate  Non-Inmate  Tools

Name:  WILSON FELICITY
DOB
Sex/Race: Female Black
Bkg Date: 06/28/2021

Release: 12/24/2021    Housing: MAIN          Sentence Status: Not Sentenced
Adm Type:              Location:              Detainers on File: 0
Booking #:004500962   SO#: 2067843
                      SPN: 03063865    Sglklgmt: QQ
                                       Classif: MAXIMUM

**Booking** | Alert

▶ Booking
  Housing

**Personal Information**

Last Name: WILSON    First Name: FELICITY    Middle Name:

Birth Date:          Current Age: 19    Death Date:
Sex: Female    Age at Booking: 18
Race: Black    Ethnicity: Non-Hispanic    Nationality:
Cultural Influence:    Marital: Separated

**Booking Information**

Admission Type:                          00/00/0000
Admission Document Type:
County Code:
Committed By:
Transporting Agency: HARRIS COUNTY SHERIFF
Transporting Officer ID: 2081
Transporting Unit#: 16U63
Transporting Contact Phone: (832) 927-4286
Arrested By: HARRIS COUNTY SHERIFF
Warned:

**DNA**

DNA Taken:    Date Taken:    DNA Officer D:

**Information Verification**

Name Type:    Source for Name:
Source for DOB:    Source for SS#:

| Date | Author | Note |
|------|--------|------|
| 06/28/2021 17:06 | JCUMPIAN | CCQ ATTACHED  CCQ MENTAL HEALTH PROBABLE MATCH FOUND |

HC_0028



**OMS** Offender Management System — Powered by *evolution*

**Inmate**: SLAYTON, KELLY                                    **Screen**: Incidents

---

**Date/Time**: 10/24/2021 02:09                              **Author**: IVAN.FABIAN

On Saturday, October 23, 2021, I, Detention Officer I. Fabian (EIN ▮▮▮▮, was assigned to the 4th floor, Late Watch, in F- Pod, of the Harris County Sheriff's Office Detention Jail Facility, located at 1200 Baker Street, Houston, Texas.

At approximately 2120 hours, Inmate Slayton, Kelly (SPN 03078865) approached the PCC window on 4F1 side and asked to speak to the Sergeant. I asked inmate Slayton what was going on and she informed me that a group of inmates had jumped her physically by her bunk in F-Cell. I did observed red marking around her face and neck. I tried to see if I could identified the inmates who were in the group. When looking inside 4F1F-Cell I observed several inmates circling another unidentified inmate. I was able to recognize the three inmates from the Harris County issued t-card as inmate Alfred, Tenika (SPN 02435765), Hilliard, Makayla (SPN 02994337), and Wilson, Felicity (SPN 03063865). I observed these three inmates assaulting inmate Huereca, Lillian (SPN 03055072) with closed fists around the face and body. That's when I called for all available rovers for an inmate assault. Detention Officer S. Homouda (EIN ▮▮▮▮), F. Hernandez (EIN ▮▮▮▮), and T. Cleveland (EIN ▮▮▮▮) arrived at the cellblock when the assault was over. D.O Homouda and Cleveland escorted inmate Slayton, and Huereca out of the cellblock, both inmates had the opportunity to look through the Harris County t-cards and positively identified the inmates who assaulted them. Both inmates were able to point out the same three inmates who I observed did the assault. Afterwards inmate Slayton and Huereca were escorted to the 1200 medical to seek medical treatment. It is recommended to Classification that inmate Slayton and Huereca be move out of the cellblock for their safety.

Inmate Alfred, Tenika (SPN 02435765), Hilliard, Makayla (SPN 02994337) and Wison, Felicity (SPN 03063865) are being charged under Code #1104 – Assault of Any Inmate of the Harris County Inmate Handbook, which states, "No inmate shall strike, kick or cause any unwanted contact with another inmate that causes pain or injury or make any legitimate attempt to do so." A Confirmation of Service will be issued upon the completion of this report.

Sergeant C. McMath (Badge #836) and Classification Detention Officer B.Dotson (EIN ▮▮▮▮ were notified of the incident.

---

DocuSign Envelope ID: 44107994-D70D-4452-9CF1-AB10EA571C09

# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

To:     CAPTAIN J. WAGNER
        INMATE SERVICES DIVISION
From:   **Inmate Grievance Board**                          Date Received        4/27/2023
Re:     Inmate:  SLAYTON        KELLY                        Date Due             5/11/2023
        SPN#    3078865

## Ref:  GRIEVANCE #  49982    PREA

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU AND THE INMATE MUST sign and date the form. It is imperative that this form be returned to the Board within ****FOURTEEN DAYS (14) ****of receipt.

**I have investigated this grievance and determined it to be:**(Check One)

✓ Unfounded          ___Founded/Resolved          ___Founded/Unresolved          ___ATW/TDC

___OIG/IAD or Bureau Investigation

Grievance 49982 was closed and deemed, UNFOUNDED for PREA Violations.
Grievance 49982 was deemed UNFOUNDED for Grievance purposes.

May 8, 2023- PREA Investigators spoke with Inmate, Kelly Slayton, DOB ████████, SPN #2078865 regarding being inappropriately touched by an unidentified inmate.

Inmate Slayton alleged on April 24, 2023, at approximately 2100 hours she was touched on the back by an unidentified female inmate who stated she liked her bra. Inmate Slayton stated she did not believe the act was sexually driven but advised she felt uncomfortable as she does not like being touched. Inmate Slayton stated she did not know the inmate or where the inmate was housed.

May 9, 2023- PREA Investigators reviewed video footage and observed an unidentified inmate touch Inmate Slayton's back as she waited for medication. The inmate was out of camera view and I was only able to observe her hand touch Inmate Slayton's back,

Due to there being no sexual acts, the PREA Unit has deemed case UNFOUNDED for PREA Violations

Grievance Receipt Delivered on:  Date:  05 /09/2023

To Inmate            KELLY      SLAYTON            SPN#      3078865

My signature below indicates I have been advised as to the determination of this issue.

Inmate's Signature: _Kelly Slay_          Inmate's printed name: _Kelly Slayton_          Date: 05/08/23

Supervisor's Signature: _Katrina Camacho_          Supervisor's printed name: _Katrina Camacho_          Date: 5/11/2023

Approved by: _James Wagner_          Print: _James Wagner_          Date: 5/12/2023
        Division Commander / Designee

HC_0030

 

**Inmate**: SLAYTON, KELLY                                        **Screen**: Incidents

**Date/Time**: 05/09/2023 12:16                          **Author**: PATRICE.SMALL

Deputy Investigator P. Small

Unit #11113

Harris County Sheriff's Office PREA Unit

701 N. San Jacinto

Houston, Texas 77002

███████████████████

## SCENE SUMMARY:

----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

## INTRODUCTION:

-------------------------

On April 27, 2023, the PREA unit received Grievance #49982 which consisted of a written Grievance. The Grievance was from Inmate Kelly Slayton, DOB ██████, SPN #03078865. I was assigned as the Lead Investigator for this case.

## GRIEVANT:

------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4N1. This cellblock is used to house general population female inmates with medium security.

Inmate Slayton is incarcerated for murder.

## ALLEGATION:

--------------------

It is alleged by Inmate Kelly Slayton on the date of April 24, 2023 at approximately 2100 hours she was inappropriately touched by an unidentified female inmate.

**FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:**

On May 8, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated on the date of April 24, 2023 the pod officer did not call her out for meds. She stated she was told to go to A-pod to receive her medication. Inmate Slayton stated while she was receiving her medication from the nurse an unidentified black female inmate approached her from behind and stated she liked Slayton's bra. Inmate Slayton stated the unidentified then touched her on her back. Inmate Slayton stated she told the inmate not to touch her again as she does not like being touched by people whom she does not know.

Inmate Slayton stated she did not feel this incident was sexually driven but it made her feel uncomfortable.

Inmate Slayton stated she could not provide a name for the inmate and was not aware of the inmates housing location.

Inmate Slayton requested to speak with a counselor.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

**CAMERA FOOTAGE DETAILS:**

I reviewed camera footage on VI Monitor C4-A Hallway, April 24, 2023 at 9:17 PM where I observed Inmate Slayton in the hallway waiting to receive her medication. At 9:21 hours I observed a hand touch Inmate Slayton's back. The inmate was out of view of the camera as I only observed her hand in the video.

**CASE CONCLUSION:**

At this time, the PREA unit has come to a conclusion the Grievance will be closed and deemed, UNFOUNDED as no sexual act occurred.

Sexual misconduct – Any behavior or act of a sexual nature, directed toward anyone by another person. Sexual misconduct includes, but is not limited to: acts, threats, requests for sexual acts, or attempts to commit acts such as sexual harassment, sexual contact, obscenity, behavior of a sexual nature or implication of the same, inappropriate sexual comments, taking or soliciting photographs/pictures of a person's nude breasts, genitalia or buttocks, indecent exposure, invasion of privacy for sexual gratification, sexually harassing comments or language, inappropriate touching or incidents of intentional touching of the genitalia, anus, groin, breast, inner thigh, or buttocks or other

body parts with the intent of abuse, arouse, or gratify sexual desire or incidents of indecent exposure of breasts, genital areas, or other body parts, even with consent in a penal institution.

Unfounded allegation means an allegation that was investigated and determined not to have occurred.

End of report.

ATTN: Internal Affairs;

Monday, Apl 24, 2023

Received
APR 27 2023
Grievance

Code: A116 PREA
Compl: 49982

It's about 9:10PM now writing you to grieve housing and Medical. Nearly 30 Minutes ago or so medication Cart came by. Housing didn't call "medication cart" on the big Speaker. Between the loud t.V. i the glass door between inmates and the nurse, and the soft-Spoken nurse "Barbie" as inmates call her because she doesn't give her name and is plastic like barbie. Around 9:30PM after I asked the rover to call Sergent because my pod deputy refused to call med cart to redeliver meds or a rover to take me down stairs for meds. The rover came to get me while my pod deputy continued to argue with me on my speaker in J-Cell (at 4.N1 Pod.) The pod deputy didn't prite to his name and I don't know her. In the hallway Several pods ALSO missed med cart because the pod deputies didn't announce it on the big Speaker in 2,000 Sqft pods. I told the rover I feared "rooming parties with" "Keep Separates!" I was at A-pod door way, waiting on "Barbie who had an attitude and said " You have to let your pod deputy know to announce it. I had just told her I told my pod deputy that SO Said "I know Barbie that's why I'm here, that's what I did and she didn't care" While getting my meds in the hallway a black woman from another pod asked about my bra, reached around and touched me in the back of my bra from behind me, as I was facing away medicart getting meds. I said in a sharp voice "Don't touch me! I don't know you like that!" = s____. No _____ nurse said anything and saw the whole th →

DocuSign Envelope ID: 44107994-D70D-4452-9CF1-AB10EA571C09



SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (713) 755-6044  ★  www.sheriff.hctx.net

May 9, 2023

May 9, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas 77002

Re: **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton:**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on April 27, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation**, Case #23-0509-462 on 05/09/23**is being **closed and deemed, UNFOUNDED.**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

HC_0035

DocuSign Envelope ID: 44107994-D70D-4452-9CF1-AB10EA571C09

## RESULTS OF PREA INVESTIGATION

**Complainant:**               Kelly Slayton
**Location:**                   1200 Baker Street
**Other Inmate(s) Involved:**  N/A

1.     **Charge: None**

2.     **Statement of nature of incident/problem:** Inmate Slayton stated she was inappropriately touched by an unidentified female inmate. Inmate Slayton stated she did not feel the incident was sexually driven but expressed that she felt uncomfortable.

3.     **Summary of findings:** During the investigation, I reviewed video footage of the alleged incident. I observed the unidentified inmate tap inmate Slayton on the back. The act did not appear to be in a sexual manner. At this time this case will be closed and deemed, UNFOUNDED for PREA violations.

Sexual misconduct – Any behavior or act of a sexual nature, directed toward anyone by another person. Sexual misconduct includes, but is not limited to: acts, threats, requests for sexual acts, or attempts to commit acts such as sexual harassment, sexual contact, obscenity, behavior of a sexual nature or implication of the same, inappropriate sexual comments, taking or soliciting photographs/pictures of a person's nude breasts, genitalia or buttocks, indecent exposure, invasion of privacy for sexual gratification, sexually harassing comments or language, inappropriate touching or incidents of intentional touching of the genitalia, anus, groin, breast, inner thigh, or buttocks or other body parts with the intent of abuse, arouse, or gratify sexual desire or incidents of indecent exposure of breasts, genital areas, or other body parts, even with consent in a penal institution.

4.     **Disciplinary/corrective action:** N/A

Received Copy _____
(Kelly Slayton)

(05/09/23)

2

HC_0036



# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

| | | | | |
|---|---|---|---|---|
| **To:** | CAPTAIN J. WAGNER | | | |
| | PREA | | | |
| **From:** | Inmate Grievance Board | | Date Received | 5/29/2023 |
| **Re:** | **Inmate:** SLAYTON | KELLY | Date Due | 6/12/2023 |
| | SPN# 3078865 | | | |

## Ref: GRIEVANCE# 50358

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, **BOTH YOU AND THE INMATE MUST sign and date the form. It is imperative that this form be returned to the Board within ****FOURTEEN DAYS (14) ****of receipt.**

### I have investigated this grievance and determined it to be:(CheckOne)

✓ Unfounded ____ Founded/Resolved ____ Founded/Unresolved ____ ATW/TDC

____ OIG/IAD or Bureau Investigation

Grievance 50358 was closed and deemed, UNFOUNDED for PREA Violations.
Grievance 50358 was deemed UNFOUNDED for Grievance purposes.

June 1, 2023- PREA Investigators spoke with Inmate, Kelly Slayton, DOB ▇▇▇▇, SPN #03078865

During the interview, Inmate Slayton stated she had been removed from 4N1 and no longer wished to speak about the incident.

After speaking with Inmate Slayton, the PREA Unit has come to a conclusion that this grievance will be closed and deemed, UNFOUNDED for PREA Violations.

Grievance Receipt Delivered on: Date: ____/____/____

To Inmate          KELLY     SLAYTON          SPN#     3078865

My signature below indicates I have been advised as to the determination of this issue.

Inmate's Signature: _____ Inmate's printed name: Kelly Slayter Date: 6/1/23

Supervisor's Signature: *Katrina Camacho* Supervisor's printed name: Katrina Camacho Date: 6/30/2023

Approved by: *Paul Bruce* Print: *Paul Bruce* Date: 6/30/2023
Division Commander / Designee

HC_0037

 Offender Management System 

**Inmate**: SLAYTON, KELLY                                    **Screen**: Incidents

**Date/Time**: 06/01/2023 10:32                    **Author**: PATRICE.SMALL

Deputy Investigator P. Small

Unit #11113

Harris County Sheriff's Office PREA Unit

701 N. San Jacinto

Houston, Texas 77002

███████████████████

## SCENE SUMMARY:

---------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

## INTRODUCTION:

--------------------------

On May 29, 2023, the PREA unit received Grievance #50358 which consisted of a written Grievance. The Grievance was from Inmate Kelly Slayton, DOB ██████, SPN #03078865. I was assigned as the Lead Investigator for this case.

## GRIEVANT:

------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4K1. This cellblock is used to house general population female inmates with medium security.

Inmate Slayton is incarcerated for murder.

## ALLEGATION:

--------------------

It is alleged by Inmate Kelly Slayton that Inmate Bernadette Joyce, SPN #0702538 tried to console another Inmate by touching her vagina.

**FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:**

-----------------------------------------------------------------------------------------------

On June 1, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated she had been removed from 4Nl and no longer wished to speak about the incident.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

**CASE CONCLUSION:**

------------------------------

At this time, the PREA unit has come to a conclusion the Grievance will be closed and deemed, UNFOUNDED do to Inmate Slayton unwilling to cooperate with Investigators.

Unfounded allegation means an allegation that was investigated and determined not to have occurred.

End of report.



# Housing Occupancy History

**Today's Date:** 05/30/23 10:58

**Report Date/Time Range:** 05/25/23 10:57 - 05/25/23 10:57

| Bed | SPN | Name | Race | Assigned From | Assigned To |
|-----|-----|------|------|---------------|-------------|
| 01A | 03170605 | MONTILLA CHIRINOS, CLEIDDIZ ELIZABETH | White | 04/15/23 07:08 | |
| 01C | 01114358 | BATES, CHARLOTTE DENISE | Black | 02/10/23 03:48 | |
| 01D | 01485972 | DONES, MARIA INEZ | White | 03/30/23 16:54 | |
| 01E | 01833341 | REESE, DARRYLAN KANNEICE | Black | 05/24/23 16:45 | |
| 01F | 02704202 | GARZA, GLORIA DOMINIQUE | White | 04/20/23 19:19 | |
| 01G | 03182569 | MURPHY, ALLECC | Black | 02/25/23 10:22 | |
| 01H | 00702538 | JOYCE, BERNADETTE EVYONNE | Black | 04/28/23 17:04 | |
| 01I | 02033009 | SMITH, CAROLYN JANET | Black | 02/11/23 16:00 | |
| 01J | 03078865 | SLAYTON, KELLY | White | 12/28/22 21:26 | 05/25/23 15:42 |
| 01K | 02290812 | MILLER, ANGEL EMAN | Black | 05/05/23 00:27 | |
| 01L | 03187888 | OLAIYA, CHIDINMA PENELOPE | Black | 04/08/23 16:56 | |
| 01M | 02690363 | JUAREZ, MONICA | White | 05/03/23 20:47 | |
| 01Q | 01583870 | FICHER, DUAN | Black | 03/05/23 01:02 | |
| 01S | 03172701 | MCDONALD, CANDACE JADE | White | 03/06/23 02:02 | |
| 01T | 02297555 | WHITE, ANGEL DAWN | White | 03/20/23 14:54 | |
| 01U | 03086019 | SCALES, AKIRA R | Black | 04/06/23 16:08 | |
| 01W | 02310934 | SMITH, SHANON NICOLE | White | 05/11/23 13:46 | |
| 01X | 02548269 | CRAWFORD, CHELSEA D. | Black | 04/17/23 10:45 | |



DocuSign Envelope ID: 894FBEA5-A07D-4605-AF48-C8BC19B27823

HC_00040

DocuSign Envelope ID: 894FBEA5-A07D-4605-AF4B-C8BC19B27823



# SHERIFF ED GONZALEZ

**SHERIFF'S OFFICE** 1200 Baker Street, Houston, Texas 77002 ★ (713) 755-6044 ★ www.sheriff.hctx.net

June 1, 2023

June 1, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas 77002

Re: **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton:**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on June 1, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation**, Case #23-0601-863 on 06/01/23 is being closed and deemed, UNFOUNDED.**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

DocuSign Envelope ID: 894FBEA5-A07D-4605-AF4B-C8BC19B27823

**RESULTS OF PREA INVESTIGATION**

| | |
|---|---|
| **Complainant:** | Kelly Slayton |
| **Location:** | 1200 Baker Street |
| **Other Inmate(s) Involved:** | N/A |

1. **Charge: None**

2. **Statement of nature of incident/problem:** Inmate Slayton stated a female inmate consoled another female inmate by touching her vagina.

3. **Summary of findings:** During the investigation, Inmate Slayton stated she was no longer housed within 4N1 and did not wish to speak about the incident. At this time this case will be closed and deemed, UNFOUNDED for PREA violations.

4. **Disciplinary/corrective action:** N/A

Received Copy _____
(Kelly Slayton)

_____
(06/01/23)

2

HC_0042

# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

| | | | | |
|---|---|---|---|---|
| **To:** | CAPTAIN J. WAGNER | | | |
| | PREA | | | |
| **From:** | **Inmate Grievance Board** | | Date Received | 6/14/2023 |
| **Re:** | **Inmate:** SLAYTON    KELLY | | Date Due | 6/28/2023 |
| | **SPN#**    3078865 | | | |

## Ref:  GRIEVANCE #   50575

**The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU AND THE INMATE MUST sign and date the form.  It is imperative that this form be returned to the Board within \*\*\*\*FOURTEEN DAYS (14) \*\*\*\*of receipt.**

### I have investigated this grievance and determined it to be:(Check One)

✓ Unfounded          ___Founded/Resolved          ___Founded/Unresolved          ___ATW/TDC

___ OIG/IAD or  Bureau Investigation

Grievance 50575 was closed and deemed, **UNSUBSTANTIATED for PREA Violations.**
Grievance 50575 was deemed **UNFOUNDED for Grievance** purposes.

June 14, 2023- PREA Investigators spoke with Inmate, Kelly Slayton, DOB ████, SPN #2078865 regarding a staff member getting on her bunk making inappropriate comments. Inmate Slayton also made an allegation of being illegally strip searched.

Inmate Slayton alleged on June 9, 2023, at approximately 0600 hours a staff member laid on her bunk and stated if she was incarcerated, she would suck the penis of a male Detention Officer.

**June 26, 2023-** PREA Investigators spoke with the staff member who denied the allegation.

Video footage showed the staff member enter Inmate Slayton's cell I was unable to determine if the staff member laid on Inmate Slayton's bunk or made any comments due to there being no cameras inside the cell.

Inmate Slayton alleged on June 10, 2023, at approximately 0230 hours she was illegally strip searched by a staff member.

**June 26, 2023-** PREA Investigators spoke with the staff member who stated Inmate Slayton's clothing was removed after she attempted to commit suicide inside of her cell.

Video footage showed Inmate Slayton attempting to hang herself prior to being escorted to a single cell where all of her clothing was removed to prevent her from causing any harm to herself.

The PREA Unit reviewed video footage and was unable to prove if any inappropriate comments were made due to there being no audio, which deemed the PREA case, UNSUBSTANTIATED for PREA Violations

Grievance Receipt Delivered on: Date: _____/_____/_____

To Inmate          KELLY    SLAYTON          SPN#    3078865

My signature below indicates I have been advised as to the determination of this issue.

| | | |
|---|---|---|
| Inmate's Signature: _Kelly Sl___ | Inmate's printed name: _Kelly Slayton_ | Date: _06/24/23_ |
| Supervisor's Signature: _Katrina Camacho_ | Supervisor's printed name: _Katrina Camacho_ | Date: _6/30/2023_ |
| Approved by: _Paul Bruce_ | Print: _Paul Bruce_ | Date: _6/30/2023_ |
| Division Commander / Designee | | |

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Harris County Sheriff's Office* | | *2306-10722* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| *SLAYTON, KELLY* | *HARASSMENT* | *Tue 06/27/2023 08:48* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Deputy Investigator P. Small
Unit #11113
Harris County Sheriff's Office PREA Unit
701 N. San Jacinto
Houston, Texas 77002
Patrice.Small@Sheriff.hctx.net

## SCENE SUMMARY:
-----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

## INTRODUCTION:
-----------------------------

On June 14, 2023, the PREA unit received Grievance #50575 which consisted of a typed Grievance from OMS. The Grievance was from Inmate Kelly Slayton, DOB ▓▓▓▓, SPN #03078865. I was assigned as the Lead Investigator for this case.

## GRIEVANT:
-------------------

Inmate Slayton is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock J1. This cellblock is used to house admin separation fiemale inmates with medium security.

Inmate Slayton is incarcerated for murder.

## ALLEGATION:
---------------------

It was alleged by Inmate Kelly Slayton on the date of June 9, 2022 at approximately 0600 hours, Detention Officer A. Olivares walked into B-cell and laid on her bunk.

Inmate Slayton also alleged she was illegally strip searched and placed in a single cell by multiple Detention Officers.

## FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:
-----------------------------------------------------------------------------------------------------------

On June 14, 2023, I, Investigator P. Small interviewed Inmate Slayton in the interview room located on the fourth floor of the 1200 Jail. The following is a synopsis of her statement which may not be in sequence as stated:

Inmate Slayton who was identified by her Harris County armband stated on the date of June 9, 2023 Detention Officer Olivares entered B-cell of 4C1 and laid on her bunk. Inmate Slayton stated Detention Officer Olivares stated if she was incarcerated for murder she would suck a male guard's penis.

Draft Only

HC_0044

## REPORTING OFFICER NARRATIVE

| Harris County Sheriff's Office | | OCA |
| --- | --- | --- |
| | | *2306-10722* |
| Victim | Offense | Date / Time Reported |
| *SLAYTON, KELLY* | *HARASSMENT* | *Tue 06/27/2023 08:48* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I asked Inmate Slayton if she could provide any witness information for this allegation where she provided Inmate Michelle De'Leon (SPN #02226476).

It should be noted: Inmate De'Leon was released from Harris County Jail on June 17, 2023.
Inmate Slayton stated she was illegally stripped of her clothing and placed in a single cell in J-Pod on the date of June 10, 2023.

Inmate Slayton stated she was removed from B-Pod and placed in J-Pod. She stated all of her clothing were cut off and she was physically assaulted by Detention Officer Spells and other unidentified African American Detention Officers.

I asked Inmate Slayton what lead to her being placed in a single cell. Inmate Slayton stated she attempted to commit suicide by hanging herself while she was housed in B-Pod.

Inmate Slayton stated she did not feel safe in the Harris County Jail and felt like she was being targeted by Detention Officer Spells due to a prior PREA allegation.

Inmate Slayton requested to speak with a counselor.

I ended the interview and escorted Inmate Slayton back to her housing assignment.

CAMERA FOOTAGE DETAILS:
----------------------------------------

I reviewed camera footage on VI-Monitor POD C1 for the date of June 9, 2023. AT 0643 hours I observed Detention Officer Olivares walk into C1-B cell. I observed her exit at 0644 hours.
Due to there being no cameras inside of B-cell, I was unable to determine if Detention Officer Olivares laid on Inmate Slayton's bunk.

I reviewed camera footage on VI-Monitor POD B2 for the date of June 10, 2023. AT 0228 hours I observed Inmate Slayton tying an article on the gate of the cell attempting to hang herself. Detention Officers were observed entering the cell, placing Inmate Slayton in handcuffs and escorting her from B-Pod at 0230 hours.

I reviewed camera footage on VI-Monitor POD J1 for the date of June 10, 2023. AT 0231 hours I observed Inmate Slayton being escorted to a single cell. Slayton was placed inside of K-cell, which is out of view of the camera. I observed the Detention Officers enter the cell at 0234 hours, where Inmate Slayton's shoes and clothes were seen coming from the cell on camera. I observed the Detention Officers exit the pod at 0236 hours.

There were no cameras inside of K-cell.

PHONE INTERVIEW WITH DETENTION OFFICER VARNADO:
--------------------------------------------------------------------------

On June 23, 2023 I, Investigator P. Small interviewed Detention Officer Varnado by telephone.
Detention Officer Varnado was identified by her HCSO EIN███████. The following is a synopsis of her statement

| Reporting Officer: *SMALL, P. R* | 701-PRH/#Patrice/small06/27/2023 14:38 | Page 4 |
| --- | --- | --- |
| *R_CS3NC* | Draft Only | |

HC_0045

## REPORTING OFFICER NARRATIV

*Harris County Sheriff's Office*

| Victim | Offense | Date / Time Reported |
|---|---|---|
| SLAYTON, KELLY | HARASSMENT | Tue 06/27/2023 08:48 |

OCA: 2306-10722

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

which may not be in sequence as stated:

I asked Detention Officer Harris if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred.

Detention Officer Varnado stated on the date of June 10, 2023, she was working as the pod officer in 4B. She stated she received a new house inmate who she identified as Inmate Slayton. She stated Inmate Slayton approached the pod and told her she was suicidal and had a plan.

Detention Officer Varnado stated she had a talk with Inmate Slayton about why she was contemplating suicide. She stated after their talk, Inmate Slayton seemed to be fine.

Detention Officer Varnado stated Inmate Slayton went into E-cell and a short time later she observed Inmate Slayton attempting to hang herself. She stated she paged rovers and Inmate Slayton was escorted from the pod.

At that time, I ended the interview.

PHONE INTERVIEW WITH DETENTION OFFICER SPELLS:
------------------------------------------------------------------------

On June 26, 2023 I, Investigator P. Small interviewed Detention Officer Spells by telephone.
Detention Officer Spells was identified by her HCSO EIN ███████. The following is a synopsis of her statement which may not be in sequence as stated:

I asked Detention Officer Spells if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred.

Detention Officer Spells stated on the date of June 10, 2023, there was a floor page for rovers to report to B2 for an inmate disturbance. She stated she was informed by the Pod Officer that Inmate Slayton was upset about being transferred to B2 and stated she was going to kill herself.
Detention Officer Spells stated she notified Sergeant Saenz and asked her for her presence due to Inmate Slayton's known history of false allegations against staff.

Detention Officer stated as she approached E-cell, she observed Inmate Slayton with a towel around her neck attempting to hang herself. She stated the towel was removed from Inmate Slayton's neck and she was escorted to 4J1.

Detention Officer Spells stated Inmate Slayton was escorted to 4J1 so that any articles on her person could be removed to prevent Inmate Slayton from committing self-mutilation or injury to herself.

Detention Officer Spells stated the handcuffs were removed from Inmate Slayton's wrist and she was ordered to remove her clothing. She stated Inmate Slayton refused and stated she would file a PREA sexual assault case if they attempted to remove any of her clothing.

Detention Officer Spells stated Inmate Slayton was ordered a second time to remove her clothing and she refused. She stated she and the other responding officers began to assist Inmate Slayton in removing her clothing where she

Reporting Officer: SMALL, P. R.
R_CS3NC
701-PREA04 # Patrice.small 06/27/2023 14:38
Draft Only
Page 5
HC_0046

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Harris County Sheriff's Office | | 2306-10722 |
| Victim | Offense | Date / Time Reported |
| SLAYTON, KELLY | HARASSMENT | Tue 06/27/2023 08:48 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

became combative, striking and kicking them.

Detention Officer Spells stated they were finally able to remove all of Inmate Slayton's clothing and were exiting the cell. She stated Inmate Slayton rushed off the bunk and struck Detention Officer Voliber in the face with a closed fist.

Detention Officer Spells stated responding Officers entered the cell to assist Detention Officer Voliber with controlling Inmate Slayton and she still had a clinched fist.

Detention Officer Spells stated she ordered Inmate Slayton to remain on her bunk until all Officers exited the cell. She stated Inmate Slayton complied and all Officers exited without further incident.

At that time, I ended the interview.

PHONE INTERVIEW WITH DETENTION OFFICER OLIVARES
-------------------------------------------------------------------------------

On June 26, 2023 I, Investigator P. Small interviewed Detention Officer Olivares by telephone.
Detention Officer Olivares was identified by her HCSO EIN ▇▇▇▇ The following is a synopsis of her statement which may not be in sequence as stated:

I asked Detention Officer Olivares if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred.

Detention Officer Olivares stated she was approached by Inmate Slayton about an issue she was having about another Detention Officer.

Detention Officer stated she wrote a report about the incident and had Inmate Slayton removed from C-pod for her safety. She stated Inmate Slayton was upset with her because she was removed from the pod.

I advised Detention Officer Olivares of the allegation where she declined making any unprofessional comments or lying on Inmate Slayton's bunk.

She stated she believed Inmate Slayton made a false report as retaliation for being moved.

At that time, I ended the interview.

CASE CONCLUSION:
-------------------------------------

Based on video footage and staff interviews, the PREA unit has come to a conclusion the Grievance will be closed and deemed, UNSUBSTANTIATED for PREA violations.

Unsubstantiated allegation means an allegation that was investigated and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred.

End of report.

**OMS** Offender Management System

## Inmate Request Information Custom

Today's Date: 6/14/23 7.31

Name: SLAYTON,KELLY
Booking #: 004446876
SPN: 03078865
Housing Location: J A094 J 101K

Request Type: GRIEVANCE BOARD
Date Requested: 06/14/23 04 01
Requested By: Inmate
Request Details: Attn Internal Affairs 1.) This is my first hour out in 5 days 2.) I was sexually assaulted by guards saturday, June 10 2023 without relief. See grv boxin vestibule. Unable to grieve,mocked, lied on'n reports and my clothes cut off me and my hair cut as I was beaten. Sergeant did nothing. Im being retaliated for exercising my rig's to grieve. Alaverez in 4C 1 wrote me out and is bullying my frends after she said sexual things a rd laid in my bed on camera friday June 9 at 6am. 3.) Mail issues still 4.) I was wrongfully put in admin. Seg. Without disciplinary court action Guards witness other guards false reports and inmate wintesses 5.) I have starved myself for five days straight n distress from the ongoing abuses because I grieve as my RIGHT to do so. 6.) I request a transfer of units for my safety please? These guards and some sergeants retaliating against me will cost me my life and safety and false charges. Kelly Slayton spn#03078865

Disposition: Accepted/Open
Officer:
Disposition Date:
Disposition Details:

Latest Request Response
Last Saved Date/Time: 06/14/23 07.31
Last Saved By: FPATTERSON
Note: RECEIVED AND FILED AS GRV # 50575-PREA #50576-1200 HOUSING.



Received JUN 14 2023 Grievance

Inmate Request Information Custom

HC_0048

**Millan, Lila (HCSO)**



*LILA MILLAN*
*PREA/LGBTQI Administrative Coordinator*
*Criminal Justice Command Bureau*
*701 N. San Jacinto Street*
*Houston, TX 77002*
*Office  (346) 286-2783*
*Fax    (713) 755-8405*



**SHERIFF ED GONZALEZ**
www.sheriff.hctx.net   www.hcsojobs.com



**HCSO Core Values**
*Merit and maintain the public's trust*
*Embrace and deliver professional service*
*Protect our citizens with honor and courage*

HC_0049

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

## OMS Offender Management System
# Inmate Request Information Custom

Today's Date: 6/14/23  8:20

Name: **SLAYTON, KELLY**
Booking #: **004446876**
SPN: **03078865**
Housing Location: **JA09 4 J 101K**

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 06/09/23  08 11 |
| Requested By: | Inmate |
| Request Details: | Attn: Internal Affairs, I have several complaints. 1.)A statement I placed in the grv. Box in the vestibule. 2.)I want to grieve recreation. Yesterday 6-8-23 I placed a recreation request at 9:05am and after they offered rec. & saw my request then they threw it in my face after we returned. Manipulation but that is the FIRST this pod has been offered or the rovers follow through to get us. It wasn't offered today or any other day this week. 3.)The guard in my pod today around 7am came to lay in my bunk and said if she was on Murder charge and in prison she'd suck a male guards dick-Michelle DeLeon is a witness. Sergeants and deputies are calling me Kelly and being fake and friendly. I'm an inmate not your friend! 4.)My legal mail was opened outside my presence from Angeline County, tampered, & destroyed envelope, unknown substances on it, postmarked 5-4-23 received 6-8-23. 5.)All week guards left lights off half a day and its freezing cold getting us all sick! Kelly Slayton #03078865 |
| Disposition: | Resolved/Answered |
| Officer: | |
| Disposition Date: | 06/09/23  08:14 |
| Disposition Details: | |

### Latest Request Response
| | |
|---|---|
| Last Saved Date/Time: | 06/09/23  08:16 |
| Last Saved By: | FPATTERSON |
| Note: | RECEIVED AND SENT TO THE RECREATION AND FLOOR SUPVS. IN REFERENCE TO THE MAIL BEING OPENEDED, GRV # 50510-1200 HOUSING, HAS BEEN FILED. |

F4I

Inmate Request Information Custom

Page 1 of 1

HC_0050

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

 **OMS** Offender Management System

## Inmate Request Information Custom

Today's Date: 6/14/23  9:40

**INFORMATION ONLY**

Name: DE LEON, MICHELLE
Booking #: 004720219
SPN: 02226476
Housing Location: JA09 4 M 201F

Dria + Sgt. Hinojosa
REF: _78301_

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 06/12/23  18:09 |
| Requested By: | Inmate |
| Request Details: | Attn: to whom can help.....i am writing this because after speaking to staff andmy cell mates we all were up to see and hear the officer on duty on june 9 th 2023. finally i am not afraid but i am in fear just dontcare after seeing kelly salyton in the medical beat up i am afriad of being move or jump who knows but i must speak for the people on the day of june 9th in the moring before 7 am yet after breakfast the officer laid in the bed of kelly salyton and made comments she stated were advice for us if were to sreve a prison sentence shetold us to suck a guard dicck being apart of lgbt t did not sit well with me made me hella unconforable then around one to 2 am she had kelly moved because she told someone above her in a messagesasi am doing now  have a letter i was afraid to give to u guys but i was tuaght right s right and wrong is wrong now i am standing up for all the people in 4c1 and everyone in cell block d is my wittness please help us please |
| Disposition: | Resolved/Answered |
| Officer: | |
| Disposition Date: | 06/14/23  08:49 |
| Disposition Details: | |

**Latest RequestResponse**

| | |
|---|---|
| Last Saved Date/Time: | 06/14/23  08:49 |
| Last Saved By: | FPATTERSON |
| Note: | DO YOU KNOW THE OFFICERS NAME? |

Received JUN 14 2023 Grievance

Released
6-17-23

Inmate Request Information Custom

HC_0051

**OMS** Offender Management System

# Inmate Request Information Custom

Today's Date: 6/14/23  8:20

Name: **SLAYTON, KELLY**
Booking #: 004446876
SPN: 03078865
Housing Location: JA09 4 J 101K

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 06/09/23  08:11 |
| Requested By: | Inmate |
| Request Details: | Attn: Internal Affairs, I have several complaints. 1.)A statement I placed in the grv. Box in the vestibule. 2.)I want to grieve recreation. Yesterday 6-8-23 I placed a recreation request at 9:05am and after they offered rec. & saw my request then they threw t n my face after we returned. Manipulation but that is the FIRST this pod has been offered or the rovers follow through to get us. It wasn't offered today or any other day this week. 3.)The guard in my pod today around 7am came to lay in my bunk and said if she was on Murder charge and in prison she'd suck a male guards dick Michelle DeLeon is a witness Sergeants and deputies are calling me Kelly and being fake and friendly. I'm an inmate not your friend! 4.)My legal mail was opened outside my presence from Angeline County, tampered, & destroyed envelope, unknown substances on it, postmarked 5-4-23 received 6-8-23. 5.)All week guards left lights off half a day and its freezing cold getting us all sick! Kelly Slayton #03078865 |
| Disposition: | Resolved/Answered |
| Officer: | |
| Disposition Date: | 08/09/23  08:14 |
| Disposition Details: | |

**Latest Request Response**

| | |
|---|---|
| Last Saved Date/Time: | 06/09/23  08:16 |
| Last Saved By: | FPATTERSON |
| Note: | RECEIVED AND SENT TO THE RECREATION AND FLOOR SUPVS. IN REFERENCE TO THE MAIL BEING OPENEDED, GRV # 50510-1200 HOUSING, HAS BEEN FILED. |

HC_0052



**OMS** Offender Management System

**Inmate:** SLAYTON, KELLY                                                          **Screen:** Incidents

---

**Date/Time:** 06/09/2023 23:24                              **Author:** ANNALISA.OLIVARES

On Friday June 9th, 2023, I, Detention Officer A. Olivares (EIN ▆▆▆▆, was assigned to 4th floor, Late Watch, C-Pod, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.

At approximately 2300 Hours, Inmate Slayton, Kelly (SPN: 03078865) identified by armband/T-card came up to the PCC window. Inmate Slayton informed me that someone in the pod was stealing her commissary and hygiene. Inmate Slayton identified Inmate Friday, Tara Lauren (SPN: 02482788) by T-Card and said the following" She already got me sick and I think she gave me a std, she won't leave me alone, because I won't be her girlfriend anymore, she thinks that I got to eat her out for my trays, I don't want her to end up beating my ass, she already said she was going to cut me in my sleep".

I informed Inmate Friday that she was in violation of Code 2103, "Threatening" of the Harris County Sheriff's Office Inmate Handbook. Which states "No inmate shall place another in fear of physical injury by verbal or physical conduct, or by written communication.

I am requesting that Inmate Slayton should be removed from the 4CI housing area for her safety.

Sergeant C. Roach (Badge #199) and Classification Officer T. Stevens (EIN:  were also notified.

---

HC_0053

 **OMS** Offender Management System  Powered by: *revolution*

**Inmate**: SLAYTON, KELLY                                                    **Screen**: Incidents

---

**Date/Time**: 06/10/2023 23:27                          **Author**: TYESHA.VARNADO

On Saturday June 10, 2023, I, Detention Officer T. Varnado (EIN ███████, was assigned to Late Watch, Fourth Floor B-Pod, of the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.

At approximately 0230 hours I received a new house to 4B2 identify by her Harris County T-Card/Armband as Inmate Slayton, Kelly (SPN 03078865). Inmate Slayton came to the pod door stated to me that she was going to kill herself over a report that another Detention Officer wrote. She also stated to me that she was suicidal and had a plan to kill herself so I better get my report done. We began to talk about why she wanted to kill herself. After, we talked she said that she was fine and that she was going inside the pod and go to sleep. She then went inside 4B2E and approximately five minutes later I noticed that she had started to tie something, which appeared to be a towel, around her neck. I processed to call for the rovers over the TOA and Detention Officers Spells, Mosley and Voliber all responded to the call. When the rovers entered B pod, Inmate Slayton started taking off the object, which was a towel, from around her neck and walked out the cell. The rovers handcuffed Inmate Slayton and escorted her out of B-pod.

I'm charging Inmate Slayton with violation Code **#1111 SELF - MUTILATION OR INJURY TO ONE'S SELF** which states "No inmate shall cause injury to him/herself, to include but not limited to hanging, cutting, and slicing."

I recommend that Inmate Slayton be put in a J-Pod until she is able to go back into General Population.

Inmate Slayton was given the opportunity to write a statement, which she denied. A Confirmation of Service was issued to Inmate Slayton.

Sergeant Y. Saenz and Classification Detention Officer T. Stevens (EIN ██████ were informed of this incident.

HC_0054

Incident Number: 230610278
Author: BRITTANY SPELLS
Staff Statement
Date Recorded: 06/12/2023 03:25

On Friday, June, 09, 2023 1, Detention Officer B. Spells (EIN ████, was assigned as a Rover, Late Side, of the 4th Floor of 1200 Baker Street Detention Facility located in Houston, Texas, 77002.

On Saturday, June 10, 2023, at approximately 0230 hours there was a floor page made for Rovers to B2 for inmate disturbance. Detention Officer T. Varnado (EIN ████ (whom was the Pod Officer for B pod) informed Responding Officers and myself that an inmate was upset about transferring to B2 and stated that she would kill herself and she had a plan. The inmate was later identified by her Harris County issued armband/T-card as Slayton, Kelly (SPN 03078865). I notified Sergeant Saenz and asked her for her presence due to Inmate Slayton's known history of false allegations against staff. Upon arrival to B2, 1 observed Inmate Slayton tying a towel to the bars of B2E Cell. Once Inmate Slayton seen Responding Officers walking towards E cell, she rested what appeared as a torn towel around her neck. Detention Officer C. Voliber (EIN ████ took the towel from around Inmate Slayton's neck. Detention Officer Voliber ordered Inmate Slayton to turn around so that she could be restrained with handcuffs, Inmate Slayton complied.

Detention Officers Voliber, S. Mosley (EIN ████, Sergeant Y. Saenz (Badge #935) and 1 escorted Inmate Slayton to 4J1 so that we could remove any articles that could assist her with committing self-mutilation or injury to herself. Detention Officer Voliber removed the restraints from Inmate Slayton. Inmate Slayton was ordered to remove all articles from her person. Inmate Slayton refused and stated that if we attempted to remove any articles from her person that she would file a sexual assault case against Responding Officers and contact PREA. Inmate Slayton was again ordered to remove all articles, she refused. Responding Officers and myself started to assist Inmate Slayton with removing articles from her person. Inmate Slayton started resisting by kicking her feet and swinging her arms towards Responding Officers and myself. 1 took hold of Inmate Slayton's right arm and gained control while articles were being removed. Inmate Slayton continued to resist by attempting to strike Officers with a closed fist and moving her body back and forth making it difficult to remove articles. After articles were successfully removed from Inmate Slayton's person, Responding Officers started stepping out of K Cell. Inmate Slayton rushed off of the bunk and delivered a closed fist strike to Detention Officer Voliber's face area. Responding Officers immediately rushed to assist Detention Officer Voliber with controlling Inmate Slayton as she still had a clinched fist. I ordered Inmate Slayton to remain on the bunk until all Officers left out of the cell. Inmate Slayton complied. All Officers left K cell without further incident.

I did not witness any Officers use force at any time. 1 did not observe any injuries on Inmate Slayton, nor did she complain of any pain in my presence.

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

Incident Number: 230610278
Author: YURI SAENZ
Staff Statement
Date Recorded: 06/11/2023 00:57

On Friday, June 09, 2023, I, Sergeant Y. Saenz was assigned to the 4th Floor of the 1200 Baker Street Jail Facility on Late Watch.

At approximately 0230 hours, Detention Officer B. Spells (EIN ████ informed me that Inmate Slayton, who was identified by her Harris County issued armband/T-Card, was upset about transferring to B2, and stated to several officers that she wanted to kill herself and she had a plan to do it. Detention Officer Spells informed me that for the safety of the inmate they were going to place Inmate Slayton in J1K, where all articles could be removed from her so she can't possibly harm herself. Deputy Spells then informed me that due to Inmate Slayton's behavior history and her being upset they believed she would possibly resist and not comply with their orders. Deputy Spells further informed me that Inmate Slayton has a history of making false allegations against officers therefore they, the officers, would like for me to be present during the transfer.

For that reason I was present as Detention Officers Spells, Mosley, and Voliber escorted Inmate Slayton into J1K. Once Inmate Slayton was inside J1K, the officers removed the restraints from her and ordered her to remove everything from her body. Inmate Slayton refused and stated to the officers that if they removed her clothing she was going to file a sexual assault against them and contact PREA. The officers then assisted Inmate Slayton in removing her clothing but she was resisting by kicking her legs and swinging her arms towards the officers.

The inmate refused to obey any orders the officers were giving her and continued to resist by moving her body back and forth making it hard for the officers to remove her clothing. At that time, I assisted the officers by holding down the inmate's legs to avoid anyone from getting hit by them. After a short struggle the officers successfully removed all articles from Inmate Slayton and began to exit the cell.

As the officers were walking out of J1K, Inmate Slayton got up from the bunk and delivered a closed fist strike to Detention Voliber's face area. Detention Officer Mosley, Detention Officer Spells, and myself heard the struggle and immediately rushed back into the cell to assist Detention Officer Voliber. We immediately detained the inmate and ordered her to remain on the bunk as the officers exited out of the cell. Inmate Slayton complied and all Officers left the cell without further incident.

I did not observe any injuries on Inmate Slayton nor did she complain of any pain in my presence.

HC_0056



**OMS** Offender Management System

**Inmate:** SLAYTON, KELLY

**Screen:** Incidents

**Date/Time:** 06/11/2023 01:58

**Author:** CVOLIBER

On Friday, June, 09, 2023 I, Detention Officer C. Voliber (EIN ████ , was assigned as a Rover, Late Side, of the 4th Floor of 1200 Baker Street Detention Facility located in Houston, Texas.

Inmate Slayton was removed from B2 and placed into J1 K cell where all articles could be removed, so she couldn't possibly cause harm to herself. Once inmate Slayton entered 4J1 K cell I removed restraints and ordered her to remove everything from her body. Inmate Slayton refused, stating "no im not removing anything yall are not going to sexual assault me hell no Im going to file PREA". Inmate Slayton was informed everything will be removed so that she will not cause harm to herself. Inmate Slayton continued refusing to remove everything from her body. Sergeant Saenz, Y. (BADGE 935), Detention Officers Mosely, Spells, and I began to assist inmate Slayton remove all articles. Inmate Slayton began resisting, kicking her legs, swinging her arms and moving her body back and forth, and grabbing officers. Finally, all articles were successfully removed from inmate Slayton, everyone began to exit 4J1K cell. Inmate Slayton threw a close fist strike hitting me on the right side of my face area. Sergeant Saenz, Detention Officers Mosely and Spells immediately rushed into J1K cell to place inmate Slayton on her bunk, so officers could exit safety. I exited J1K cell first as Sergeant Saenz and Detention Officers Mosley and Spells followed. Inmate Slayton was ordered to remain on her bunk, which she complied. All officers left J1 K cell with no further incident.

Inmate Slayton is being written up violating code#1103: "ASSAULT ON STAFF" of the Harris County Sheriff's Office Inmate Handbook. Inmate Slayton was afforded the opportunity to write a statement, which she refused. Sergeant Y. Saenz (Badge #495) and Classification Officer B. Causey (EIN ████ were notified of this incident.

HC_0057





Tyesha Varnado



Sherrff's Information Resource System

Status

Assignment

Person  Assignment  IDNumber  Contact Info  Education  Certification  Employment  Equi

DocuSign Envelope ID : E8FE7153-798E-407D-A952-3F5A66C8E75D
HC 0059

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

# SIRS Sheriff's Information Resource System

celessi Voliber



**Person** Assignment IDNumber Contact Info Education Certification Employment Equipment Status Rank Performance Training

# SIRS Sheriff's Information Resource System



Annalisa Olivares

**Person Dashboard**

**Payroll Information**

### Status

| | |
|---|---|
| Employee ID: | ███████ |
| Person Class: | Employee |
| Employment Type: | Full Time |
| Category: | Certified Jailer |
| Status: | Active |

### Assignment

| | |
|---|---|
| Command: | Detention |
| Bureau: | 1200 Justice Housing |
| Division: | 1200 Housing |
| Section: | Night Watch |
| Unit: | 4th Floor |
| Shift: | 3rd Shift |
| Days Off: | |

### Rank

| | |
|---|---|
| Current Rank: | Detention Officer |
| PCN: | |
| Badge NO: | ███████ |
| SIRS ID: | |

Person  Assignment  IDNumber  Contact Info  Education  Certification  Employment  Equipment  Status  Rank  Performance  Training

| Type | Number |
|---|---|
| Cell | ███████ |

— Emergency Information

No Record Available

— Address

| Street Address | City | State | Zip Code |
|---|---|---|---|
| ███████ | | | |

Monday — 12 – 1 PM

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D

**SIRS** Sheriff's Information Resource System



Brittany Spells

### Status
Employee ID:
Person Class: Employee
Employment Type: Full Time
Category: Certified Jailer
Status: Active

### Assignment
Command: Detention
Bureau: 1290 Justice Housing
Division: 1290 Housing
Section: Night Watch
Unit: 4th Floor
Shift: 3rd Shift
Days Off: Wednesday/Thursday

### Rank
Current Rank: Detention Officer
PCN:
Badge NO:
SIRS ID:

Person  Assignment  IDNumber  Contact Info  Education  Certification  Employment  Equipment  Status  Rank  Performance  Training

| Type | Number |
|------|--------|
| Cell | |

Emergency Information
No Record Available

Address

| Street Address | City | State | Zip Code |
|----------------|------|-------|----------|
| | | | |

HC_0062



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (713) 755-6044 ★ www.sheriff.hctx.net

June 27, 2023

June 27, 2023

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas 77002

Re:  **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton:**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on June 14, 2023**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation, **Case #2306-10722 on 06/27/23 is being closed and deemed, UNSUBSTANTIATED.**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

*P. Small*

## RESULTS OF PREA INVESTIGATION

**Complainant:**        Kelly Slayton
**Location:**             1200 Baker Street
**Other Inmate(s) Involved:**

1.　　**Charge: None**

2.　　**Statement of nature of incident/problem:** Inmate Slayton stated a staff member
　　　laid on her bunk and made an inappropriate comment. Slayton stated she was
　　　placed in a single cell and unlawfully stripped of her clothing by staff members.

3.　　**Summary of findings:** During the investigation, it was determined Inmate Slayton
　　　attempted to hang herself inside of B-POD where she was removed and escorted to
　　　J-POD (k-cell) where her clothing was removed to prevent her from causing self-
　　　harm. Upon review of video footage the staff member was observed entering C1-B at
　　　0643 and exiting at 0644 hours. There were no cameras inside of B-Cell to
　　　determine if the staff member was on Inmate Slayton's bunk. At this time this case
　　　will be closed and deemed, UNSUBSTANTIATED for PREA violations.

4.　　**Disciplinary/corrective action:** N/A

Received Copy _____
　　　　　　　　　　　　　　(Kelly Slayton)

　　　　　　　　　　　　06/27/2023
　　　　　　　　　　　　(06/27/23)

2

HC_0064



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## HARRIS COUNTY SHERIFF'S OFFICE
## EMPLOYEE Sworn Statement

# <u>Voluntary Statement</u>

**STATE OF TEXAS** §        **PREA Case 2306-10722**
**COUNTY OF HARRIS** §

**3. Duty to Give Statements: During the course of any official investigation, an employee shall, if requested or ordered to do so, immediately give a full, complete, and truthful statement. Failure to comply may result in disciplinary action, including up to termination.**

Before me, the undersigned authority in and for the State of Texas on this, the 23 day of June at the 701 N San Jacinto Street **(VIA PHONE)**, personally appeared Tyesha Varnado, who, after being duly sworn, deposes and says:

My name is Tyesha Varnado. I am employed with the Harris County Sheriff's Office as a Detention Officer. My personnel information is on file with the Human Resources Bureau of the Harris County Sheriff's Office.

I have been informed that under the Penal Code of the State of Texas, Section 37.02: A person commits the offense of "Perjury" if, with the intent to deceive and with the knowledge of a statement's meaning, makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath.

I understand my cooperation in this investigation is completely voluntary and I am in no way being compelled to submit a *sworn* statement.

On June 23, 2023 I, Investigator P. Small interviewed Detention Officer Varnado by telephone. Detention Officer Varnado was identified by her HCSO EIN # ██████ The following is a synopsis of her statement which may not be in sequence as stated:

I asked Detention Officer Harris if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred.

Detention Officer Varnado stated on the date of June 10, 2023, she was working as the pod officer in 4B. She stated she received a new house inmate who she identified as Inmate Slayton. She stated Inmate Slayton approached the pod and told her she was suicidal and had a plan.

Detention Officer Varnado stated she had a talk with Inmate Slayton about why she was contemplating suicide. She stated after their talk, Inmate Slayton seemed to be fine.

Detention Officer Varnado stated Inmate Slayton went into E-cell and a short time later she observed Inmate Slayton attempting to hang herself. She stated she paged rovers and Inmate Slayton was escorted from the pod.

At that time, I ended the interview.

TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM

HC_0065



## SHERIFF ED GONZALEZ

**HC SO**
SHERIFF'S OFFICE   1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

TO: T. Varnado

SUBJECT:   **Order Not to Engage in Discussion and Communications
Regarding On-Going PREA Investigation
PREA Case #2306-10722**

Effective immediately, you are hereby ordered not to engage in any unauthorized conversations and/or relating to the aforementioned PREA investigation with anyone other than an authorized representative of the Harris County Sheriff's office, PREA Unit. Furthermore, if you are approached or questioned by anyone regarding this investigation, or the information you provided by the PREA Unit, you are hereby ordered to contact the below named PREA Investigator immediately in order to identify the person(s) making inquiries. Your compliance with the order is paramount to the accurate reporting and timely completion of the investigation being conducted.

**You are further cautioned your failure to comply with this order could be grounds for immediate discipline action, up to and including termination of your employment with the Harris County Sheriff's Office or removal from the Harris County Sheriff's office premises if contracted through another agency.**

P. Smalls
_____
**PREA Unit, Investigator**

**By my signature and date below, I acknowledge receipt of this order.**

Interviewed Staff via Phone Call          06/23/2023
_____      _____
**Employee/Company**                        **Date**

HC_0066



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

I, Tyesha Varnado, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written statement consisting of 1 page(s); I have been given an opportunity to make any necessary corrections to this statement and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written statement are true and correct.

Interviewed via Phone
_____
NAME                                    EIN

Date: ___06/23/2023___

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM"

HC_0067



# SHERIFF ED GONZALEZ

HC**SO**
SHERIFF'S OFFICE  1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## HARRIS COUNTY SHERIFF'S OFFICE
### EMPLOYEE Sworn Statement

# <u>Voluntary Statement</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **PREA Case 2306-10722** |
| **COUNTY OF HARRIS** | § | |

**3. Duty to Give Statements: During the course of any official investigation, an employee shall, if requested or ordered to do so, immediately give a full, complete, and truthful statement. Failure to comply may result in disciplinary action, including up to termination.**

Before me, the undersigned authority in and for the State of Texas on this, the 26 day of June at the 701 N San Jacinto Street **(VIA PHONE)**, personally appeared Annalisa Olivares, who, after being duly sworn, deposes and says:

My name is Annalisa Olivares. I am employed with the Harris County Sheriff's Office as a Detention Officer. My personnel information is on file with the Human Resources Bureau of the Harris County Sheriff's Office.

I have been informed that under the Penal Code of the State of Texas, Section 37.02: A person commits the offense of "Perjury" if, with the intent to deceive and with the knowledge of a statement's meaning, makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath.

I understand my cooperation in this investigation is completely voluntary and I am in no way being compelled to submit a *sworn* statement.

On June 26, 2023 I, Investigator P. Small interviewed Detention Officer Olivares by telephone. Detention Officer Olivares was identified by her HCSO EIN ████. The following is a synopsis of her statement which may not be in sequence as stated:

I asked Detention Officer Olivares if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred. Detention Officer Olivares stated she was approached by Inmate Slayton about an issue she was having about another Detention Officer.

Detention Officer stated she wrote a report about the incident and had Inmate Slayton removed from C-pod for her safety. She stated Inmate Slayton was upset with her because she was removed from the pod. I advised Detention Officer Olivares of the allegation where she declined making any unprofessional comments or lying on Inmate Slayton's bunk.

She stated she believed Inmate Slayton made a false report as retaliation for being moved.

At that time, I ended the interview.

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

HC_0068

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D



# SHERIFF ED GONZALEZ

**S H E R I F F'S   O F F I C E**  1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

I, Annalisa Olivares, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written statement consisting of 1 page(s); I have been given an opportunity to make any necessary corrections to this statement and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written statement are true and correct.

Interviewed Via Phone

_____
NAME                                    EIN

Date: _06/23/2023_____

HC_0069

DocuSign Envelope ID: E8FE7153-798E-407D-A952-3F5A66C8E75D



TO: A. Olivares

SUBJECT:   **Order Not to Engage in Discussion and Communications Regarding On-Going PREA Investigation PREA Case #2306-10722**

Effective immediately, you are hereby ordered not to engage in any unauthorized conversations and/or relating to the aforementioned PREA investigation with anyone other than an authorized representative of the Harris County Sheriff's office, PREA Unit. Furthermore, if you are approached or questioned by anyone regarding this investigation, or the information you provided by the PREA Unit, you are hereby ordered to contact the below named PREA Investigator immediately in order to identify the person(s) making inquiries. Your compliance with the order is paramount to the accurate reporting and timely completion of the investigation being conducted.

**You are further cautioned your failure to comply with this order could be grounds for immediate discipline action, up to and including termination of your employment with the Harris County Sheriff's Office or removal from the Harris County Sheriff's office premises if contracted through another agency.**

_____
PREA Unit, Investigator

**By my signature and date below, I acknowledge receipt of this order.**

Phone Interview

_____     06/26/2023
**Employee/Company**                              **Date**

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW, WITH INTEGRITY AND PROFESSIONALISM."

HC_0070



**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

## HARRIS COUNTY SHERIFF'S OFFICE
## EMPLOYEE Sworn Statement

# Voluntary Statement

**STATE OF TEXAS** §    **PREA Case 2306-10722**
**COUNTY OF HARRIS** §

**3. Duty to Give Statements: During the course of any official investigation, an employee shall, if requested or ordered to do so, immediately give a full, complete, and truthful statement. Failure to comply may result in disciplinary action, including up to termination.**

Before me, the undersigned authority in and for the State of Texas on this, the 26 day of June at the 701 N San Jacinto Street **(VIA PHONE)**, personally appeared Brittany Spells, who, after being duly sworn, deposes and says:

My name is Brittany Spells. I am employed with the Harris County Sheriff's Office as a Detention Officer. My personnel information is on file with the Human Resources Bureau of the Harris County Sheriff's Office.

I have been informed that under the Penal Code of the State of Texas, Section 37.02: A person commits the offense of "Perjury" if, with the intent to deceive and with the knowledge of a statement's meaning, makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath.

I understand my cooperation in this investigation is completely voluntary and I am in no way being compelled to submit a *sworn* statement.

On June 26, 2023 I, Investigator P. Small interviewed Detention Officer Spells by telephone. Detention Officer Spells was identified by her HCSO EIN # ████████ The following is a synopsis of her statement which may not be in sequence as stated:

I asked Detention Officer Spells if she was familiar with Inmate Slayton and she stated yes. I asked her if she had any recent incidents with Inmate Slayton and she stated yes. I asked her to explain what occurred. Detention Officer Spells stated on the date of June 10, 2023, there was a floor page for rovers to report to B2 for an inmate disturbance. She stated she was informed by the Pod Officer that Inmate Slayton was upset about being transferred to B2 and stated she was going to kill herself.
Detention Officer Spells stated she notified Sergeant Saenz and asked her for her presence due to Inmate Slayton's known history of false allegations against staff.
Detention Officer stated as she approached E-cell, she observed Inmate Slayton with a towel around her neck attempting to hang herself. She stated the towel was removed from Inmate Slayton's neck and she was escorted to 4J1.

Detention Officer Spells stated Inmate Slayton was escorted to 4J1 so that any articles on her person could be removed to prevent Inmate Slayton from committing self-mutilation or injury to herself.

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM"

HC_0071



**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Detention Officer Spells stated the handcuffs were removed from Inmate Slayton's wrist and she was ordered to remove her clothing. She stated Inmate Slayton refused and stated she would file a PREA sexual assault case if they attempted to remove any of her clothing.

Detention Officer Spells stated Inmate Slayton was ordered a second time to remove her clothing and she refused. She stated she and the other responding officers began to assist Inmate Slayton in removing her clothing where she became combative, striking and kicking them.
Detention Officer Spells stated they were finally able to remove all of Inmate Slayton's clothing and were exiting the cell. She stated Inmate Slayton rushed off the bunk and struck Detention Officer Voliber in the face with a closed fist.

Detention Officer Spells stated responding Officers entered the cell to assist Detention Officer Voliber with controlling Inmate Slayton and she still had a clinched fist.

Detention Officer Spells stated she ordered Inmate Slayton to remain on her bunk until all Officers exited the cell. She stated Inmate Slayton complied and all Officers exited without further incident.

At that time, I ended the interview.

I, Brittany Spells, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written statement consisting of 1 page(s); I have been given an opportunity to make any necessary corrections to this statement and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written statement are true and correct.

Phone Interview

NAME                                              EIN

Date: 06/26/2023

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

HC_0072

# SHERIFF ED GONZALEZ

**H C O S O**
**S H E R I F F'S   O F F I C E**   1200 Baker Street, Houston, Texas 77002   ★   (346) 286-1600   ★   www.sheriff.hctx.net

TO: B. Spells

SUBJECT:   **Order Not to Engage in Discussion and Communications**
**Regarding On-Going PREA Investigation**
**PREA Case #2306-10722**

Effective immediately, you are hereby ordered not to engage in any unauthorized conversations and/or relating to the aforementioned PREA investigation with anyone other than an authorized representative of the Harris County Sheriff's office, PREA Unit. Furthermore, if you are approached or questioned by anyone regarding this investigation, or the information you provided by the PREA Unit, you are hereby ordered to contact the below named PREA Investigator immediately in order to identify the person(s) making inquiries. Your compliance with the order is paramount to the accurate reporting and timely completion of the investigation being conducted.

**You are further cautioned your failure to comply with this order could be grounds for immediate discipline action, up to and including termination of your employment with the Harris County Sheriff's Office or removal from the Harris County Sheriff's office premises if contracted through another agency.**

**PREA Unit, Investigator**

**By my signature and date below, I acknowledge receipt of this order.**

Phone Interview                                    06/26/2023

**Employee/Company**                          **Date**

" TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM "

HC_0073

4Co

# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

To:     CAPTAIN W. BAILEY
        ADMIN SERVICES DIVISION

From:   Inmate Grievance Board                    Date Received        7/29/2022

Re:     Inmate: SLAYTON        KELLY              Date Due             8/12/202 2
        SPN#    3078865

## Ref:  GRIEVANCE #   46047

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance,
a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and
complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU
AND THE INMATE MUST sign and date the form.  It is imperative that this form be returned to the Board within
****FOURTEEN DAYS (14) ****of receipt.

### I have investigated this grievance and determined it to be:(Check One)

√ Unfounded        ____Founded/Resolved        ____Founded/Unresolved        ____ATW/TDC

____OIG/IAD or Bureau Investigation

THE COMPLAINANT HAS SEVERAL GRIEVANCES AND COMPLAINTS ON STAFF MEMBERS ALLEGING
VERBAL ABUSE, SEXUAL ABUSE, AND SEXUAL HARASSMENT. THE COMPLAINANT SEEMS TO MEMORIZE
THE STAFF WHO WORK HER ASSIGNED FLOOR. AS SHE SPEAKS, SHE PROVIDES MULTIPLE ALLEGED
INCIDENTS WITH NO WITNESSES TO THE OCCURENCES. SINCE THIS GRIEVANCE HAS BEEN FILED, SHE
HAS MADE APREA OUTCRY AGAINST ANOTHER INMATE, WHICH ALLEGED SHE WAS HUSGGED AND HER
BREAST WERE GRABBED. DURING ALL INCIDENTS, NO VIDEO FOOTAGE HAS BEEN FOUND TO VALIDATE
ANY OF THE COMPLAINANTS ALLEGATIONS. IT SHOULD BE NOTED THE COMPLAINANT HAS A HISTORY
OF MENTAL HEALTH CONCERNS.

THIS GRIEVANCE IS UNDOUNDED FOR PREA VIOLATIONS. THE COMPLAINANT REFUSED TO SIGN
GRIEVANCE 46047.

Refuse to Sign

X _____
Grievance Receipt Delivered on: Date: ____/____/____

To Inmate          KELLY    SLAYTON          SPN#    3078865

My signature below indicates I have been advised as to the determination of this issue.

Inmate's Signature: _____  Inmate's printed name: _Refused_   Date: 9/1/20

Supervisor's Signature: _____  Supervisor's printed name: _R. Camacho_   Date: ___/___/___

Approvedby: _____  Print: _____   Date: ___/___/___
           Division Commander / Designee

HC_0074

# Inmate Request Information Custom

Today's Date: 7/6/22  15:06

Name: SLAYTON, KELLY
Booking #: 004446876
SPN: 03078865
Housing Location: JA09 4 C 201 D

| | |
|---|---|
| Request Type: | PREA/LGBTI |
| Date Requested: | 06/28/22  12:15 |
| Requested By: | Inmate |
| Request Details: | Today is 6-28-22 at 9:50am the maintenance men came in to fix a door. The male Rover Molinas was staring at people in the shower. None of my requests to SGT are answered. My grievances regarding this same DO were ungrievable in 4A1A pod where he had staff inmate relationships with my keep seperate. Then 6-10-22 in 4A2A I was jumped in my sleep when he was in the picket. I wasn't taken to medical by the dame mexican female rover in th picket on her phone on Instagram today at 9:50am and at 12am-12pm 6-10-22 through 6-11-22. The Rover Molinas today made many passing comments to me. I went to my f cell in 4C2 pod to avoid contact with him. He made an effort to walk into my cell, verbally threaten violence on me and I have witnesses. He harrasses me and I DONT FEEL SAFE. IT FEELS LIKE A SET UP AND HE MADE ME FEAR FOR MY LIFE AND SAFETY BOTH PHYSICALLY AND SEXUALLY. I WAS HALF NAKED UNDER MY BLANKET ON TOP BUNK AND HE THREATENED TO RIP ME OFF THE TOP. Please investigate. Stop jail abuse!!!! |
| Disposition: | Accepted/Open |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

## Latest Request Response

Last Saved Date/Time:
Last Saved By:
Note:

HC_0075

Today's Date: 7/29/22  3:38

Name: **SLAYTON,KELLY**
Booking #: 004446876
SPN: 03078865
Housing Location: **JA09 4 C 201D**

*Code. A110 PREA*
*Compl. 46047*

| | |
|---|---|
| **Request Type:** | GRIEVANCE BOARD |
| **Date Requested:** | 07/28/22  14:33 |
| **Requested By:** | Inmate |
| **Request Details:** | Attention Captain Diaz and SGT S Ward. Could I please have a follow up on the report made about the date 06-12-2022 when on that date Rover P Spells made me strip search. From 8-10pm I had a noncontact attorney visit, afterward was strip searched without reason and never before done. It was in the holding cell across from the elevators on the fourth floor in view of the windows and camera. There were male nurses, male trustees, and male jailers all in view and roaming around the floor infront of the holding cell. I was violated and sexually abused that day without reason or cause. I would like an inestigation without the two males that do PREA interviews. They make me uncomfortable and are bias and discriminatory. I would like closure and a reason as to why I was strip searched infront of males and without a reason. I was terrified and after being victimized and human sex trafficked prior to jail I prefer to not to talk to two black males in a closed room alone about anything sexual! |
| **Disposition:** | Accepted/Open |
| **Officer:** | |
| **Disposition Date:** | |
| **Disposition Details:** | |

**LatestRequest Response**
Last Saved Date/Time:
Last Saved By:
Note:





Received
JUL 2 9 2022
Grievance

HC_0076



**OMS** Offender Management System

Powered by: *rolution*

**Inmate:** SLAYTON, KELLY                                    **Screen:** Incidents

---

**Date/Time:** 06/11/2022 02:57                                **Author:** IVAN.FABIAN

On Friday, June 10, 2022, I, Detention Officer I. Fabian (EIN ████), was assigned to the 4th floor, Late Watch, in A- Pod, of the Harris County Sheriff's Office Detention Jail Facility, located at 1200 Baker Street, Houston, Texas.

On Saturday, June 11, 2022 at approximately 0030 hours, an unidentified inmate approached the window on 4A2A requesting to speak to me inside the vestibule. That inmate was later identified by the Harris County issued armband/t-card as inmate Slayton, Kelly (SPN 03078865). During that time another inmate approached inmate Slayton and began to physically assault her with closed fists around the face and body. I immediately paged for all available rovers for an inmate assault. Detention Officer A. Rada (EIN ████ and G. Vasquez (EIN ████ arrived at the scene and escorted inmate Slayton out of 4A2A cellblock. Inmate Slayton informed me that another inmate had assaulted her as well behind the pillar in the back of the cellblock. Inmate Slayton was able identified both inmates and I did observed inmates Carrillo, Marissa (SPN 02687389) initiating one of the assaults. Inmate Slayton was able to use the Harris County t-card to identify inmate Zamora, Yara (SPN 03141078) who assaulted her as well in the back of the cellblock. Several inmates from 4A2A informed me that inmate Slayton had been saying racial slurs towards them calling them "Wetbacks" which was the reasons for the assaults. It is recommended to Classification that inmate Slayton be move out of the cellblock for their safety.

Inmate Zamora, Yara (SPN 03141078), and Carrillo, Marissa (SPN 02687389) are being charged under Code #1104 – Assault of Any Inmate of the Harris County Inmate Handbook, which states, "No inmate shall strike, kick or cause any unwanted contact with another inmate that causes pain or injury or make any legitimate attempt to do so." A Confirmation of Service will be issued upon the completion of this report.

Sergeant A. Gleason (Badge #166) and Classification Detention Officer R. Pallini (EIN ████ were notified of the incident.

---

HC_0677

**OMS** Offender Management System 

Powered by: *evolution*

**Inmate:** SLAYTON, KELLY

**Screen:** Incidents

**Date/Time:** 08/06/2022 12:09

**Author:** SAMMY.NOAH

On Saturday, August 6, 2022, I, Detention Officer S. Noah (EIN ███████ was assigned to work on the Fourth floor, C- Pod, Early watch, in the Harris County Sheriff's Office Detention Facility located at 1200 Baker Street in Houston, Texas.

At approximately 0945 hours, Inmate Slayton, Kelly (SPN 03078865), from cellblock 4C2 approached the pod control window to inform me of Inmate Jackson, Tachaka (SPN 03048075), was sexually touching and harassing her while serving dinner meal yesterday. Inmate Slayton stated to me that Inmate Jackson walked to her and gave her a hug, at the same time grabbed her breast when she was in line to get her meal. Inmate Jackson denied the accusation. Sergeant L. Mitchell (Badge # 117) reviewed the video footage that occurred on August 5, 2022, around 1140 time and did not see any PREA or abnormal event. Therefore Inmate Slayton would be written up for lying or providing false statement. Inmate Jackson was escorted to 4th floor holding. I highly recommend for Inmate Jackson to get relocated to another housing location for her safety.

Sergeant L. Mitchell (Badge # 117) informed Katrina Camacho from PREA about this incident.

I informed Inmate Slayton that she was in violation of code (2309) LYING OR PROVIDING FALSE STATEMENTS, which state "No inmate shall make any statement (written or verbal) to a Detention Officer, Deputy, or Staff Member that is untrue." A Confirmation of Service will be given to Inmate Slayton at the completion of this report.

Sergeant. L. Mitchell (Badge 117) and Classification Detention Officer M. Branch (EIN 148490) were notified of the incident.

HC 0078

| | | | |
|---|---|---|---|
| **To:** | CAPTAIN W. BAILEY | | |
| | PREA | | |
| **From:** | **Inmate Grievance Board** | Date Received | 8/22/2022 |
| **Re:** | **Inmate: SLAYTON** KELLY | Date Due | 9/5/2022 |
| | **SPN# 3078865** | | |

## Ref: **GRIEVANCE #** 46320

The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU AND THE INMATE MUST sign and date the form. It is imperative that this form be returned to the Board within **\*\*\*\*FOURTEEN DAYS (14) \*\*\*\***of receipt.

**I have investigated this grievance and determined it to be:**(Check One)

✓ ___Unfounded       ___Founded/Resolved       ___Founded/Unresolved       ___ATW/TDC

___OIG/IAD or Bureau Investigation

GRIEVANCE 46320

COMPLAINANT STATED STAFF SCREAMED DEROGATORY TERMS AT HER.

AFTER REVIEWING VIDEO FOOTAGE AND SPEAKING WITH SEVERAL STAFF MEMBERS AND INMATES. THERE WERE NO PERSONS WHO AGREED WITH THE COMPLAINANT. SEVERAL STAFF AND INMATES STATED THE COMPLAINANT IS THE AGRESSOR OR HARASSER AT TIMES. THIS ALLEGATION CANNOT BE SUBSTANTIATED.

THIS GRIEVANCE IS UNFOUNDED FOR PREA AS THERE IS NO EVIDENCE TO CONTINUE ANY INVESTIGATION. IF THE COMPLAINANT PRESENTS WITNESSES IN ANY OF HER GRIEVANCES, THE CASE CAN BE REOPENED.

Interviewer: PREA MANAGER CAMACHO

*Refused to come out of cell block*

GrievanceReceiptDeliveredon: Date: *9,12,22*

159811 *Witness*

To Inmate       KELLY   SLAYTON       SPN#   3078865

My signature below indicates I have been advised as to the determination of this issue.

| | | | |
|---|---|---|---|
| Inmate's Signature: *Refused* | Inmate's printed name: *Refused* | Date: *9,13,22* |
| Supervisor's Signature: *Camacho* | Supervisor's printed name: *K. Camacho* | Date: *9,12,22* |
| Approved by: Lt. Lynette Anderson | Print: Lynette Anderson | Date: 9/21/2022 __/__/__ |
| **Division Commander / Designee** | | |

HC_0079

To: **KELLY**      **SLAYTON**      Grievance Received      8/22/2022
SPN#   3078865

From: Inmate Grievance Board

Ref.: **GRIEVANCE #**      46320
PREA

The Inmate Grievance Board has received a grievance from Inmate
KELLY      SLAYTON

Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this
Grievance Receipt.

I have investigated this grievance and determined it to be:

✓

____**Unfounded**      ____**Founded/Resolved**      ____**Founded/Unresolved**

___**ATW/TDC**      ___**OIG/IAD** or  Bureau Investigation

# Grievance Receipt
# Inmate Copy

**Grievances with an Unfounded or Founded/Resolved determination may be appealed to the
Grievance Board. Appeals must be in writing and submitted within (5) five working days of
the investigating supervisor's decision (excluding holidays).**

*Refused to Sign*

Grievance Receipt was Delivered to Inmate      SLAYTON      on Date: _9,12,22_

Supervisor's printed name: _K. Camacho_

Supervisor's Signature: _K. Camacho_      Date: _9,12,22_

HC_0080

## Inmate Request Information Custom

Today's Date: 8/22/22 11:07

Name: SLAYTON, KELLY
Booking #: 004446876
SPN: 03078965
Housing Location: JA09 4 C 201D

Code: A16 PREA

Compl: 46 30 3 20

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 08/22/22 10:51 |
| Requested By: | Inmate |
| Request Details: | Attention Captin Diaz, Today s Monday, August 22, 2022. On Saturday, August 20, 2022 I "fell out" and lost consciousness. I was in a lot of pain for days that is why this request is late. I was at medical all day deprived of food. The males downstairs, a group of them, one named Mendoza was making sexual asian sex sounds. They were yelling it in groups echoing the hallways. "Oh yeah.. Oh fuck yeah.. Fuck me in the pussy..." And more. I felt uncomfortable. This is sexual misconduct and PREA. Also, it was second shift when a rover took me upstairs. One that was yelling sexually inappropriate words downstairs. I told the newer tall white Sergeant in his office on my way up but he ignored me and yelled at me rudely. I don't know his name. Per chain of command and in reference to page 14 in the handbook this is a PREA violation and staff misconduct that needs addressed because the Sergeant wouldn't. Thank you for your time! |
| Disposition: | Accepted/Open |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

**Latest Request Response**

| | |
|---|---|
| Last Saved Date/Time: | 08/22/22 11:07 |
| Last Saved By: | FPATTERSON |
| Note: | RECEIVED AND FILED AS GRV # 46320-PREA |



HC_0081

# GRIEVANCE RESOLUTION FORM
## INMATE GRIEVANCE BOARD
### 1200

**To:** CAPTAIN W. BAILEY
ADMIN SERVICES DIVISION

**From:** Inmate Grievance Board

**Re:** Inmate: SLAYTON    KELLY

SPN# 3078865

**Date Received** 11/22/2022

**Date Due** 12/6/2022

## Ref:  GRIEVANCE #   47756

*HC-2211-08077*

**The Inmate Grievance Board has received a grievance from the above listed Inmate. Please investigate this grievance, a copy of which is enclosed with this form, and determine whether you can resolve the problem. Give a full and complete report of your actions in the space provided below. After the completion of your investigation, BOTH YOU AND THE INMATE MUST sign and date the form. It is imperative that this form be returned to the Board within ****FOURTEEN DAYS (14) ****of receipt.**

### I have investigated this grievance and determined it to be:(Check One)

____Unfounded        ____Founded/Resolved        ____Founded/Unresolved        ____ATW/TDC

✓ OIG/IAD or  Bureau Investigation

INVESTIGATIVE NARRATIVE:

On November 22, 2022, I, Investigator P. Small, was assigned Lead Investigator on Grievance #222146.

During the interview, it is alleged by Inmate Kelly Slayton stated on the date of November 12, 2022 Detention Officer Nguyen made sexually inappropriate comments to her and provided his personal Instagram account username. Inmate Slayton stated Detention Officer Nguyen sprayed cologne on a glove and provided it to her to make a dildo.

During the investigation, Detention Officer Nguyen advised the Instagram account provided by Inmate Slayton belonged to him. Detention Officer Nguyen advised he did spray his cologne on a glove and provide it to Inmate Slayton.

After interviewing the parties involved and reviewing video footage the PREA unit has come to a conclusion that the Grievance will be forwarded to Internal Affairs for further investigation.

X    *Jazmyne Washington*        *inmate refused to sign grievance but, signed response letter.*

Grievance Receipt Delivered on:  Date: ____/____/____

To Inmate        KELLY    SLAYTON        SPN# 3078865

My signature below indicates I have been advised as to the determination of this issue.

**Inmate's Signature:** *Kathura Camacho*    **Inmate's printedname:** *K. Camacho*    **Date:** 12/15/22

**Supervisor's Signature:** _____    **Supervisor's printed name:** _____    **Date:** _____

**Approved by:** *Lt. Lynette Anderson*    **Print:** *Lynette Anderson*    **Date:** 12/16/2022

Division Commander / Designee

HC_0082

 



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (713) 755-6044 ★ www.sheriff.hctx.net

December 6, 2022

December 6, 2022

Harris County Sheriff's Office
PREA Unit
701 N. San Jacinto
Houston, Texas 77002

**Re:** **NOTICE OF PREA INVESTIGATION RESULTS**

**Inmate Kelly Slayton SPN #03078865:**

§ PREA 115.73 Reporting to inmates.

Following an investigation into an inmate's allegation that he or she suffered sexual abuse in a Harris County Sheriff's Office facility, the HCSO shall inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.

This letter is to inform you of the results of the PREA investigation conducted **on November 22, 2022**. This case has been investigated and counseling was offered in accordance with federal PREA standards.

Based on our investigation, **Grievance #47756, HC 221110081 on 12/06/2022 is being forwarded to Internal Affairs for further investigation.**

The details of the investigation are hereunder summarized for your reference.

Thank you,

HCSO PREA Unit

PSmall

HC_0083

## RESULTS OF PREA INVESTIGATION

| | |
|---|---|
| **Complainant:** | Inmate Kelly Slayton |
| **Location:** | 1200 Baker Street |
| **Other Inmate(s) Involved:** | N/A |

1. **Charge: None**

2. **Statement of nature of incident/problem:** Inmate Slayton alleged Detention Officer Nguyen made sexual inappropriate comments, provided her a glove with cologne on it, and provided his personal social media account user name.

3. **Summary of findings:** While investigating this case I learned from Detention Officer that he did in fact spray cologne on a glove and provide it to Inmate Slayton. Detention Officer Nguyen also advised the social media account belonged to him.

4. **Disciplinary/corrective action:** Pending investigation.

Received Copy _____
(Kelly Slayton)

12-6-22
(12/06/22)

2

HC_0084

Deputy Investigator P. Small

Unit #11I13

Harris County Sheriff's Office PREA Unit

701 N. San Jacinto

Houston, Texas 77002

██████████████████████

SCENE SUMMARY:

-----------------------------

The scene was found to be a six story tan brick building, the Harris County Sheriff's Office 1200 Detention Facility, which was located at 1200 Baker Street Houston Harris County, Texas 77002. Baker Street was a public roadway that extended east and west for vehicular travel. The facility was situated on the south side of roadway with the main entrance faced north. Visibility was good due to indoor artificial lighting.

The weather was cool due to indoor climate controlled air conditioning units.

INTRODUCTION:

-----------------------

On November 22, 2022, the PREA unit received Grievance #47756 which consisted of a typed Grievance on an Inmate Request form. The Grievance was from Inmate Kelly Slayton, SPN #03078865.I was assigned as the Lead Investigator for this case.

ALLEGATION:

---------------------

It is alleged by Inmate Kelly Slayton on the date of November 12, 2022 at approximately 0400 hours Detention Officer Nguyen made sexually inappropriate comments to her.

GRIEVANT:

------------------

Kelly Slayton, is currently housed at the 1200 Jail, specifically on the fourth floor, cellblock 4B2B.

Kelly Slayton is incarcerated for murder.


FIRST ATTEMPT- FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:

-----------------------------------------------------------------------------------------------------------

On November 23, 2022 I, Investigator P. Small attempted to interview Inmate Slayton.

Slayton refused to step out of the POD and advised Detention Officer J. Washington she did not want to speak to me without her Lawyer present.

FACE TO FACE INTERVIEW WITH INMATE KELLY SLAYTON SPN #03078865:

----------------------------------------------------------------------------------------

On November 29, 2022 I, Investigator P. Small interviewed Inmate Slayton with her Lawyer, Cary Hart present.

During the interview,

Slayton stated on the date of November 11, 2022 at approximately 1830 hours she was using the Kiosk when Detention Officer Nguyen called her to the window. She stated Detention Officer Nguyen was asking her questions in regards to her case and her keep separates. Slayton stated he asked her keep separates who are housed in 4A2A why they were planning to kill her. Slayton stated she heard Detention Officer Nguyen ask the other inmates "Why are y'all trying to hurt my baby". Slayton stated Detention Officer Nguyen was referring to her when he used the word "baby".

Slayton stated on the date of November 12, 2022 at approximately 0400 hours she was using the restroom. She stated Detention Officer Nguyen flashed his flashlight at her, advising her to come to the control POD. Slayton stated she went to the control POD and Nguyen let her out so they could talk. Slayton stated she was talking to Nguyen through the pan hold. Slayton stated during their conversation Detention Officer Nguyen stuck his hand through the pan hold and rubbed her hair. Slayton stated she asked Detention Officer Nguyen to let her back inside her POD multiple times and he refused to do so.

Slayton stated she has had multiple inappropriate conversations with Detention Officer Nguyen dating back to March 2022.

Slayton stated during an unknown date in March 2022 Detention Officer Nguyen sprayed his cologne on a glove and gave it to her advising her to make a dildo to play with herself.

Slayton stated on an unknown date in March 2022 Detention Officer Nguyen exposed his penis to her while he was working the control POD.

Slayton stated when Detention Officer Nguyen made rounds he would tell her to get naked and lotion herself down so he could see her body.

Slayton stated multiple inmates have said things to her about having an inappropriate relationship with Detention Officer Nguyen. Slayton advised the inmates try to use her to get contraband from Detention Officer Nguyen. Such as the glove he provided her in March.

Slayton stated Detention Officer Nguyen has written her letter which was given to her by another inmate. She stated she no longer has the letter. She advised she mailed the letter to her previous Lawyer, Charles Alexander Brodsky.

Slayton stated she knew some of Detention Officer Nguyen's personal information. She stated Detention Officer Nguyen provided her his Instagram account username ███████ She stated she knew

Detention Officer Nguyen was married and his wife name was Sarah. She stated Detention Officer Nguyen owned a Salon. She stated Detention Officer Nguyen was planning on moving to Oregon.

Slayton stated she did not feel comfortable with Detention Officer Nguyen working her POD due to him being sexually inappropriate and making her speak about her case.

FACE TO FACE INTERVIEW WITH DETENTION OFFICER RYAN NGUYEN:

----------------------------------------------------------------------------------------

On the date of November 30, 2022 Investigator McCutcheon interviewed Detention Officer Nguyen. During the interview it was determined the social media account ⬛⬛⬛⬛ belonged to Detention Officer Nguyen. Detention Officer Nguyen also admitted to spraying his cologne on a glove and providing it to Inmate Slayton.

(Please see Investigator McCutcheon's supplement for full interview)

CAMERA FOOTAGE DETAILS:

---------------------------------------

I reviewed camera footage for the date of November 11, 2022 between 1830 and 1900 hours I did not observe Inmate Slayton at the door to 4A2B when she alleged it to be popped open by Detention Officer Nguyen.

I reviewed camera footage for the date of November 12, 2022 where I observed Inmate Slayton exit the POD at 0409 hours. Inmate Slayton was observed outside the control POD kneeling at the pan hold until 0440 hours. Detention Officer was observed in the control POD with his back turned towards the pan hold. I did not observe Detention Officer Nguyen touch Inmate Slayton's hair during that time frame.

CASE CONCLUSION:

-----------------------------

At this time, I the PREA unit has come to a conclusion the Grievance will be forwarded to Internal Affairs for further investigation.

End of report.

## Inmate Request Information Custom

Today's Date: 11/15/22  7:37

Name: SLAYTON, KELLY
Booking #: 004446876
SPN: 03076865
Housing Location: JA09 4 A 2B01K

Code: A16  PREA

Compl: 47756

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 11/14/22  13:56 |
| Requested By: | Inmate |
| Request Details: | Attention Sergeant R. DeAlejandro, in response to 11-13-22 grievance I ran out of characters to get more specific. asked to speak to Sergeant Cardwell, Sergeant Roach, and Sergeant Burnnett (Barnnett?) On Saturday November 12, 2022 through my pod deputies. Cardwell wanted specifics and was dismissive. Burnnett the tall white Sergeant was rude and ushered me inside my pod defensive saying (sergeants dont assign pod deputies to pods) when I told him NGUYEN was specifically put n my pod for me as he said. I told him about the cameras and how he stroked my hair, trying to force me to talk about my criminal case and defend myself. When he saw he was recorded with sound, couldn't turn it off like he does in 5E pod he freaked and let me inside Saturday at 4-5am. Many inmates witnessed. Sergeant Burnnett also freaked when I told him in the hallway, slamming the door behind me, unsubstantiated and saying its untrue via SGT kiosk requests. Fwd to attorney! No comments necessary w/out my atty. |
| Disposition: | Accepted/Open |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

LatestRequestResponse
Last Saved Date/Time:
Last Saved By:
Note:



Received
NOV 21 2022
Grievance

HC_0088

Today's Date: 11/15/22 7:37

Name: SLAYTON, KELLY
Booking #: 004446876
SPN: 03078865
Housing Location: JA09 4 A 2B01K

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 11/13/22 12.09 |
| Requested By: | Inmate |
| Request Details: | Attention Sergeant R. DeAlejandro, Today is Sunday, November 13, 2022. Yesterday, Saturday, November 12, 2022 I asked Ms. Perez on first shift to speak to Sergeant Cardwell or Lt. Watchcommander about death threats and jumpings threats by my keep seperates next door. In continuous of the same concerns I last grieved you this week Sgt. Barnnett came to see me on second shift being weird, rude, and obviously not trying to understand the gravity of the situations I explained but cover t up based off his dismissive defensive stance. Friday, November 11, 2022. Around 6:30-7pm I was on the kiosk Lexis Nexis and DO. R. Nguyen called me to the window by flashing his light, he asked the keep seperates next door why they were planning to kill me, he tried to pop my door and I closed it, the morning of Saturday around 4am he flashed the light while I was on the toilet and asked me to step out. I did and he was sexually inappropriate, laughing, and confirmed the death threats. Out of characters |
| Disposition: | Resolved/Answered |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

LatestRequest Response
Last Saved Date/Time: 11/14/22 11.08
Last Saved By: FPATTERSON
Note: RECEIVED. PROVIDE MORE INFORMATION ON HIM ALEGEDLY BEING SEXUALLY INAPPROPRIATE



HC_0089

| | |
|---|---|
| **From:** | Villaloboz, Rene (HCSO) |
| **Sent:** | Monday, November 21, 2022 11:35 AM |
| **To:** | Patterson, Franchessica (HCSO) |
| **Subject:** | FW: Take a Look Please |

FYI....

-----Original Message-----
From:Joseph Jr, Samuel (HCSO)
Sent: Monday, November 21, 2022 11:12 AM
To: Villaloboz, Rene (HCSO)
Subject: RE: Take a Look Please

I would say PREA should investigate this one.

Samuel C. Joseph, Jr., Sergeant
CJC-Special Investigations Unit
701 N. San Jacinto, Houston, Texas 77002 Office (346) 286--2776

HCSO Core Values
Merit and maintain the public's trust
Embrace and deliver professional service Protect our citizens with honor and courage Exemplify ethical conduct at all times Develop, encourage, and care for our Sheriff's Office family

CONFIDENTIALITY NOTICE:
This communication is intended only for the use of the individual(s) or entity (ies) to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law(s). If you are not the intended recipient, you are notified any use, dissemination, copying, or storage of the communication, or any part of the communication, is strictly prohibited.

-----Original Message-----
From: Villaloboz, Rene (HCSO)
Sent: Tuesday, November 15, 2022 8:38 AM
To: Joseph Jr, Samuel (HCSO)
Subject: FW: Take a Look Please

Sgt. Joseph,

1

HC_0090

Please advise:

If this is something your group would investigate or PREA and/or Housing.

Thank you,

Sgt. Villaloboz

-----Original Message-----
From: Patterson, Franchessica (HCSO) █████████████████████████
Sent: Tuesday, November 15, 2022 8:07 AM
To: Millan, Lila (HCSO) █████████████████; Camacho, Katrina (HCSO) █████████
Cc: Villaloboz, Rene (HCSO) █████████
Subject: Take a Look Please

Good morning. If you will please take a look at this complaint. Would this be something you would investigate or Sgt. Joseph. It has been filed as D04-Conduct.

Thanks,

Patterson

-----Original Message-----
From: █████████████████████████████████████
Sent: Tuesday, November 15, 2022 1:10 PM
To: Patterson, Franchessica (HCSO) █████████████████
Subject: Scanned from a Xerox multifunction device


Please open the attached document. It was sent to you using a Xerox multifunction printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: J09Disgriv-copier


For more information on Xerox products and solutions, please visit http://www.xerox.com

HC_0091

**Millan, Lila (HCSO)**

| | |
|---|---|
| **From:** | Patterson, Franchessica (HCSO) |
| **Sent:** | Tuesday, November 15, 2022 8:07 AM |
| **To:** | Millan, Lila (HCSO); Camacho, Katrina (HCSO) |
| **Cc:** | Villaloboz, Rene (HCSO) |
| **Subject:** | Take a Look Please |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good morning. If you will please take a look at this complaint. Would this be something you would investigate or Sgt. Joseph. It has been filed as D04-Conduct.

Thanks,

Patterson

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Tuesday, November 15, 2022 1:10 PM
To: Patterson, Franchessica (HCSO) ▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Scanned from a Xerox multifunction device

Please open the attached document. It was sent to you using a Xerox multifunction printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Multifunction Printer Name: J09Disgriv-copier

For more information on Xerox products and solutions, please visit http://www.xerox.com

1

HC_0092



## Inmate Request Information Custom

Today's Date: 11/15/22  7:37

| | |
|---|---|
| Name: | SLAYTON, KELLY |
| Booking #: | 004446876 |
| SPN: | 03078865 |
| Housing Location: | JA09 4 A 2B01K |

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 11/14/22  13:56 |
| Requested By: | Inmate |
| Request Details: | Attention Sergeant R. DeAlejandro, In response to 11-13-22 grievance I ran out of characters to get more specific. I asked to speak to Sergeant Cardwell, Sergeant Roach, and Sergeant Burnnett (Barnnett?) On Saturday November 12, 2022 through my pod deputies. Cardwell wanted specifics and was dismissive. Burnnett the tall white Sergeant was rude and ushered me inside my pod defensive saying (sergeants dont assign pod deputies to pods) when I told him NGUYEN was specifically put in my pod for me as he said. I told him about the cameras and how he stroked my hair, trying to force me to talk about my criminal case and defend myself. When he saw he was recorded with sound, couldnt turn it off like he doesin 5E pod he freaked and let me inside Saturday at 4-5am. Many inmates witnessed. Sergeant Burnnett also freaked when I told him in the hallway, slamming the door behind me, unsubstantiated and saying its untrue via SGT kiosk requests. Fwd to attorney! No comments necessary w/out my atty. |
| Disposition: | Accepted/Open |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

**LatestRequestResponse**
Last Saved Date/Time:
Last Saved By:
Note:

HC_0093



## Inmate Request Information Custom

Today's Date: 11/15/22 7:37

| | |
|---|---|
| Name: | SLAYTON, KELLY |
| Booking #: | 004446876 |
| SPN: | 03078865 |
| Housing Location: | JA09 4 A 2B01K |

| | |
|---|---|
| Request Type: | GRIEVANCE BOARD |
| Date Requested: | 11/13/22 12:09 |
| Requested By: | Inmate |
| Request Details: | Attention Sergeant R. DeAlejandro, Today is Sunday, November 13, 2022. Yesterday, Saturday, November 12, 2022 I asked Ms. Perez on first shift to speak to Sergeant Cardwell or Lt. Watchcommander about death threats and jumpings threats by my keep seperates next door. In continuous of the same concerns I last grieved you this week Sgt. Barnnett came to see me on second shift being weird, rude, and obviously not trying to understand the gravity of the situations I explained but cover it up based off his dissmissive defensive stance. Friday, November 11, 2022. Around 6:30-7pm I was on the kiosk Lexis Nexis and DO. R. Nguyen called me to the window by flashing his light, he asked the keep seperates next door why they were planning to kill me, he tried to pop my door and I closed it, the morning of Saturday around 4am he flashed the light while I was on the toilet and asked me to step out. I did and he was sexually innapropriate, laughing, and confirmed the death threats. Out of characters |
| Disposition: | Resolved/Answered |
| Officer: | |
| Disposition Date: | |
| Disposition Details: | |

**Latest RequestResponse**

| | |
|---|---|
| Last Saved Date/Time: | 11/14/22 11:08 |
| Last Saved By: | FPATTERSON |
| Note: | RECEIVED. PROVIDE MORE INFORMATION ON HIM ALEGEDLY BEING SEXUALLY INAPPROPRIATE |

HC_0094

**Millan, Lila (HCSO)**

| | |
|---|---|
| **From:** | Camacho, Katrina (HCSO) |
| **Sent:** | Monday, November 14, 2022 7:52 AM |
| **To:** | McCutcheon, Ketrick V. (HCSO); Small, Patrice (HCSO) |
| **Cc:** | Millan, Lila (HCSO) |
| **Subject:** | FW: TCJS Complaint - Harris - Slayton - 9737 |
| **Attachments:** | Harris - Slayton - 9737.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good Morning,

Go visit with Slayton together. Let Investigator Smalls lead and if you have to step outside while she ask questions, remain right outside door. She tends to not like male staff accusing them of the abuse.

Thank you,



*Katrina B. Camacho*
*PREA/LGBTQI Manager*
*Criminal Justice Command Bureau*
*701 N. San Jacinto Street*
*Houston, TX 77002*

**HCSO LDI II**
Katrina.Camacho@sheriff.hctx.net

**SHERIFF ED GONZALEZ**
www.sheriff.hctx.net   www.hcsojobs.com

**HCSO Core Values**
*Merit and maintain the public's trust*
*Embrace and deliver professional service*
*Protect our citizens with honor and courage*
*Exemplify ethical conduct at all times*
*Develop, encourage, and care for our Sheriff's Office family*

**WARNING: LAW ENFORCEMENT SENSITIVE**
All information contained in this email is the property of the Harris County Sheriff's Office. This email may contain confidential and legally privileged information. Unauthorized interception, review, distribution, use, or disclosure to any news media, the general public, or unauthorized individual(s) may violate applicable laws and policies of the Harris County Sheriff's Office. In the event, you are not the intended recipient and have received this email in error, any use,

HC_0095

dissemination, forwarding, printing, or copying of this email is strictly prohibited. You are asked to contact the sender immediately and destroy all copies of this communication.

**From:** Giebels, Richard A. (HCSO) ███████████████████████████
**Sent:** Friday, November 11, 2022 10:56 AM
**To:** Camacho, Katrina (HCSO) ███████████████████
**Subject:** FW: TCJS Complaint - Harris - Slayton - 9737

Ms. Camacho,

Here is the TCJS complaint as discussed (for your review). Not all is PREA-related, but references on and off throughout for your consideration.

Regards,

*Richard Giebels*
Detention Sergeant
Criminal Justice Command
Detention Support Services Bureau
Inmate Services Division
Houston, TX 77002



**SHERIFF ED GONZALEZ**
www.sheriff.hctx.net   www.hcsojobs.com

**CONFIDENTIALITY NOTICE:**
*This communication is intended only for the use of the individual(s) or entity(ies) to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law(s). If you are not the intended recipient, you are notified any use, dissemination, or copying of the communication is strictly prohibited.*

**From:** Anderson, Lynette (HCSO)███████████████████████████ >
**Sent:** Wednesday, November 2, 2022 1:20 PM
**To:** Giebels, Richard A. (HCSO) ███████████████████
**Subject:** FW: TCJS Complaint - Harris - Slayton -9737

Please look into the allegations.  Kelly Slayton 03078865

**Lynette Anderson**
*Detention Lieutenant*

HC_0096

Criminal Justice Command
Detention Support Services Bureau
701 N. San Jacinto
Houston, TX 77002
Off. 713-755-8464

███████████████████████

NJLCA #12
*"Don't let adverse facts stand in the way of a good decision"  Retired Four-Star General Colin Powell*



**HCSO Core Values**
*Merit and maintain the public's trust*
*Embrace and deliver professional service*
*Protect our citizens with honor and courage*
*Exemplify ethical conduct at all times*
*Develop, encourage, and care for our Sheriff's Office family*

**From:** Zachary Aguirre ██████████████████████>
**Sent:** Monday, October 31, 2022 9:36 AM
**To:** Anderson, Lynette (HCSO) ████████████████████; Herklotz, Shannon (HCSO)
████████████████████>
**Cc:** Gonzalez, Ed (HCSO Sheriff) █████████████████████
**Subject:** TCJS Complaint - Harris - Slayton - 9737

See the attached complaint(s). Please have someone investigate these allegations and respond with a written response with supporting documentation within 10 business days by November 11th, 2022. Send responses to
████████████████████████████████████████████████████████and
████████████████████████████████████████████████████████████

Respectfully,
Zachary Aguirre
Complaint Inspector
Texas Commission on Jail Standards

HC_0097



Date: 11/30/22

TO: Ryan Nguyen

SUBJECT: **Order Not to Engage in Discussion and Communications**
**Regarding On-Going PREA Investigation**
**PREA Case # 2211-08077**

Effective immediately, you are hereby ordered not to engage in any unauthorized conversations and/or relating to the aforementioned PREA investigation with anyone other than an authorized representative of the Harris County Sheriff's office, PREA Unit. Furthermore, if you are approached or questioned by anyone regarding this investigation, or the information you provided by the PREA Unit, you are hereby ordered to contact the below named PREA Investigator immediately in order to identify the person(s) making inquiries. Your compliance with the order is paramount to the accurate reporting and timely completion of the investigation being conducted.

**You are further cautioned your failure to comply with this order could be grounds for immediate discipline action, up to and including termination of your employment with the Harris County Sheriff's Office or removal from the Harris County Sheriff's office premises if contracted through another agency.**

PREA Unit, Investigator

**By my signature and date below, I acknowledge receipt of this order.**

RY, AN.NGU YEN

11/30/22

**Employee/Company**

**Date**

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW, WITH INTEGRITY AND PROFESSIONALISM."

Page 2 of 2

HC_0098

## HARRIS COUNTY SHERIFF'S OFFICE
## EMPLOYEE Sworn Statement

# <u>Voluntary Recorded Statement</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **PREA Case #2211-08077** |
| **COUNTY OF HARRIS** | § | |

Before me, the undersigned authority in and for the State of Texas on this, the 30th day of November, 2022 at the PREA Office at 701 N San Jacinto, personally appeared Ryan Nguyen, who, after being duly sworn, deposes and says:

My name is Ryan Nguyen. I am employed with the Harris County Sheriff's Office as a Detention Officer. My personnel information is on file with the Human Resources Bureau of the Harris County Sheriff's Office.

I have been informed that under the Penal Code of the State of Texas, Section 37.02: A person commits the offense of "Perjury" if, with the intent to deceive and with the knowledge of a statement's meaning, makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath.

I understand my cooperation in this investigation is completely voluntary and I am in no way being compelled to submit a sworn statement.

I, Ryan Nguyen, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written statement consisting of          page(s); That I have been given an opportunity to make any necessary corrections to this statement and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written statement are true and correct.

_____          11/30/22
**Ryan Nguyen**                          11/30/22

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM"

HC_0099



11/30/2022

HC_0100

 **Sheriff's Information Resource System**



Ryan Nguyen

**Status**

Employee ID:
Person Class: Employee
Employment Type: Full Time
Category: Certified Jailer
Status: Active

**Assignment**

Command: Criminal Justice
Bureau: 1200 Justice Housing
Division: 1200Housing
Section: Day Watch
Unit: Multiunit
Shift: 1st Shift
Days Off: Tuesday Wednesday

**Rank**

Current Rank: Detention Officer
PCN:
Badge NO:
SIRS ID:

Person    Assignment    IDNumber    Contact Info    Education    Certification    Employment    Equipment    Status    Rank    Performance    Training

| Type | Number |
|------|--------|
| Cell | |

Emergency Information

No Record Available

Address

| Street Address | City | State | Zip Code |
|----------------|------|-------|----------|
| | | | |

**Camacho, Katrina (HCSO)**

| | |
|---|---|
| **From:** | Camacho, Katrina (HCSO) |
| **Sent:** | Thursday, December 15, 2022 2:12 PM |
| **To:** | Lynette Anderson (HCSO) ███████████ |
| **Subject:** | Grievance 47756 |
| **Attachments:** | Grievaance 47756.pdf |

HC_0102