United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ELAINE SLAYTON, SPN # 03078865, | § § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 4:22-4431 |
| RYAN NGUYEN, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER REINSTATING CASE AND DESIGNATING COUNSEL

In this civil rights action, Plaintiff Kelly Slayton alleges that the defendants, Officer Ryan Nguyen and Harris County, violated her civil rights during her detention at the Harris County Jail. On August 29, 2024, the Court denied the defendants' motion for summary judgment and entered a stay while searching for counsel to represent Slayton in this case and a separate civil rights case, *Slayton v. Lawrence*, Civil Action No. 4:22-2572 (S.D. Tex.). Having located counsel willing to represent Slayton *pro bono* in both cases, the Court **ORDERS** that the stay is lifted. The Clerk is instructed to **REINSTATE** this case on the Court's active docket.

The Court further **ORDERS** that the following attorney is appointed as counsel to represent the plaintiff:

**Megan J. Mitchell**
Shook, Hardy & Bacon
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
713.546.5604
mjmitchell@shb.com

This appointment shall remain in effect until terminated or substitute counsel is appointed. The plaintiff is advised that, until the appointment of counsel is terminated, the Court will accept pleadings, motions, and correspondence from counsel only. The plaintiff is further advised to communicate respectfully and to cooperate with counsel to the best of her ability.

Counsel appointed for the plaintiff is directed to file a notice of appearance <u>within 10 days</u> of the date of this order. The Court then will issue an order setting a pretrial conference.

The plaintiff's counsel may contact the Clerk's office for copies of the relevant documents in this case. Counsel of record for the Harris County Attorney, who represents the defendants in this matter, is directed to provide the plaintiff's appointed counsel with copies of any discovery previously exchanged in this case <u>within 30 days</u>. Counsel for the defendants is further directed to assist the plaintiff's counsel, if necessary, with contacting Slayton at her detention facility, in person or by telephone

**The Clerk will provide a copy of this order to the parties. The Clerk will further provide a copy of this order to plaintiff's appointed counsel by regular mail or fax and <u>by certified mail, return receipt requested</u>.**

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, on ___August 26___, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE