IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ELAINE SLAYTON,<br>SPN #03078865,<br><br>    *Plaintiff,*<br><br>vs.<br><br>RYAN NGUYEN<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-04431 |

## **NOTICE OF APPEARANCE**

Megan J. Mitchell, John Lewis, Jr. and Michael Harrison of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters their appearance as counsel for Plaintiff Kelly Elaine Slayton in the above-referenced action.

Ms. Mitchell, Mr. Lewis and Mr. Harrison respectfully request to receive electronic notice of all filings in the above-referenced matter through the Court's Electronic Case Filing (ECF) system.

Dated: September 4, 2025

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Megan J. Mitchell*
    Megan J. Mitchell
    Texas Bar No. 24121017
    John Lewis, Jr.
    Texas Bar No. 24108103
    Michael Harrison
    Texas Bar No. 24092491
    600 Travis Street, Suite 3400
    Houston, TX 77002
    Telephone:  713.227.8008

4914-8948-7718 v1

Facsimile:  713.227.9508
mjmitchell@shb.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

_/s/ Megan J. Mitchell_
Megan J. Mitchell

2

4914-8948-7718 v1